## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JERNBERG INDUSTRIES, INC., | ) | Case No. 05-25909 |
| JERNBERG SALES, INC., and IRON | ) | (Jointly Administered) |
| MOUNTAIN INDUSTRIES, LLC, | ) | |
| | ) | Bankruptcy Judge John H. Squires |
| Debtors. | ) | |

### ORDER ESTABLISHING PROCEDURES FOR THE NON-UNION RETIREE COMMITTEE FORMATION PROCESS

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order appointing a retiree committee pursuant to 11 U.S.C. § 1114(d) and establishing procedures for the committee formation process; the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and (d) notice of the Motion and the Hearing given by the Debtors was sufficient under the circumstances; the Court having overruled the objections to the Motion; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

2. This Court shall appoint the Non-Union Retiree Committee to serve as the authorized representative under section 1114 of the Bankruptcy Code for the Non-Union Retirees.

3. On August 4, 2005, the Debtors will serve the Non-Union Retirees via overnight delivery the notice and questionnaire attached hereto as Exhibit A (the "Notice" and "Questionnaire," respectively), accompanied by a postage prepaid return envelope addressed to the United States Trustee (the "Trustee").

4. On or before August 18, 2005, the Debtors and the Trustee shall file a Joint Report listing all Non-Union Retirees who have volunteered to serve on the Retiree Committee together with the Questionnaires completed by such individuals, as well as any recommendations for the appointment of any particular members to the Non-Union Retiree Committee (the "Joint Report"). The Joint Report shall be served on the Non-Union Retirees, the United Steelworkers of America and those parties appearing on the Debtors' official service list.

5. On August 22, 2005, at 9:30 a.m., the Court shall conduct a final hearing on this Motion and appoint members of the Non-Union Retiree Committee.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 4, 2005

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:

Mark K. Thomas (ARDC #06181453)
Jerry L. Switzer, Jr. (ARDC #06210229)
Peter J. Young (ARDC #06278765)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350
(312) 840-7374 (Fax)

Counsel for Debtors
and Debtors in Possession

# Exhibit A

## NOTICE REGARDING SECTION 1114 RETIREE COMMITTEE
### In re Jernberg Industries, Inc., Jernberg Sales, Inc., and
### Iron Mountain Industries, LLC, Case No. 05-25909 (Jointly Administered)

To:   Non-Union Retirees of Jernberg Industries, Inc., Jernberg Sales, Inc. and Iron Mountain Industries, LLC

Jernberg Industries, Inc., Jernberg Sales, Inc. and Iron Mountain Industries, LLC (the "Debtors") have filed for relief under chapter 11 of the United States Bankruptcy Code. The Debtors have indicated that they intend to modify or terminate their retiree medical benefits pursuant to section 1114 of the United States Bankruptcy Code.

The Debtors will negotiate specific modifications to, or termination of, these benefits with a committee composed of "authorized representative(s)" of the various employee groups as provided for in section 1114 of the Bankruptcy Code. It is expected that negotiations will take place shortly after the Bankruptcy Court appoints the committee, and that committee members will need to be available during this timeframe.

**Representatives of Union Retirees**

Section 1114 generally provides that the union is the authorized representative of individuals who retired from a job classification represented by that union. In the Debtors' case, the United Steelworkers of America will represent union retirees. If the job classification you retired from is now represented by the United Steelworkers of America, that union will serve as your authorized representative.

**Representatives of Non-Union Retirees**

With respect to non-union retirees (i.e., salaried and management employees), section 1114 of the Bankruptcy Code generally provides that a committee of retired employees (the "Retiree Committee") will be appointed by the Bankruptcy Court. While the Bankruptcy Court will appoint the Retiree Committee, the Debtors and the United States Trustee will furnish the Court with a list of eligible non-union retirees who have expressed an interest in serving on the Committee for the Court's consideration. To assist the Court in appointing the Committee, please complete the attached questionnaire and return it in the enclosed self-addressed, postage prepaid envelope so that it is received no later than 5:00 p.m. on Wednesday, August 17, 2005, by Kathryn M. Gleason, Esq., Office of the United States Trustee, 227 West Monroe Street, Suite 3350, Chicago, IL 60606. The Debtors or the United States Trustee will contact you to provide further information regarding the Bankruptcy Court's appointment process.

Thank you for your interest.

# QUESTIONNAIRE FOR APPOINTMENT OF A
# SECTION 1114(d) COMMITTEE

IN RE: **JERNBERG INDUSTRIES, INC.,**          CASE NO. **05-25909**
**JERNBERG SALES, INC., and IRON**              (Jointly Administered)
**MOUNTAIN INDUSTRIES, LLC**
**(THE "COMPANY")**

1. **NAME AND ADDRESS** (Please Print):

   Name            Address            Phone number, Fax and E-Mail

   _____

2. **JOB TITLE HELD WITH THE COMPANY AT TIME OF RETIREMENT:**

   _____

3. **YEARS OF SERVICE WITH THE COMPANY:**

   _____

4. **DATE AND REASON FOR TERMINATION WITH THE COMPANY:**

   _____

5. **ARE YOU CURRENTLY RECEIVING RETIREE MEDICAL BENEFITS FROM THE COMPANY? IF SO, PLEASE DESCRIBE:**

   _____

6. **PLEASE PROVIDE ANY OTHER INFORMATION OR BACKGROUND AS TO WHY YOU SHOULD BE APPOINTED TO THE SECTION 1114(d) RETIREE COMMITTEE, INCLUDING ANY SPECIFIC SKILLS THAT YOU HAVE THAT WOULD BE VALUABLE TO THE COMMITTEE.**

   _____

   _____

   _____

7. **WOULD YOU BE WILLING TO SERVE ON A COMMITTEE OF RETIREES IN NEGOTIATIONS WITH THE COMPANY REGARDING THE MODIFICATION AND/OR TERMINATION OF RETIREE BENEFITS (CIRCLE ONE)?**

   YES / NO

SIGNATURE: _____    PRINT NAME_____