**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JII LIQUIDATING, INC. f/k/a JERNBERG | ) | |
| INDUSTRIES, INC.; JSI LIQUIDATING, INC. | ) | |
| f/k/a JERNBERG SALES, INC.; and IM | ) | Case No. 05 B 25909 |
| LIQUIDATING, LLC f/k/a IRON MOUNTAIN | ) | [Jointly Administered] |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |
| | ) | November 21, 2005 at 10:00 a.m. |

**NOTICE OF HEARING ON FINAL APPLICATION OF SUGAR, FRIEDBERG & FELSENTHAL LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 1, 2005 THROUGH OCTOBER 9, 2005 RELATING TO REPRESENTATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND FOR TIME INCURRED RELATING TO FINAL FEE APPLICATIONS**

**TO:** SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that Sugar, Friedberg & Felsenthal LLP has filed its **Final Application of Sugar, Friedberg & Felsenthal LLP for Compensation and Reimbursement of Expenses for September 1, 2005 through October 9, 2005 Relating to Representation of the Official Committee of Unsecured Creditors; and for Time Incurred Relating to Final Fee Applications**. The Application seeks $28,501.00 in fees, $1,876.48 in expenses, and $2,041.50 in fees for time incurred relating to final fee applications.

    **PLEASE TAKE FURTHER NOTICE** that a hearing will be held on November 21, 2005 at 10:00 a.m. on the Application before the Honorable John H. Squires, in Courtroom 680 at the Dirksen Building located at 219 S. Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place. At which time you may appear if you see fit. All objections to the relief requested in the Application must be made in writing, filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois and served so as to be received by the undersigned and the attached service list on or before November 14, 2005.

                                              **SUGAR, FRIEDBERG & FELSENTHAL LLP**

                                              By:_____/s/ Paula K. Jacobi_____
                                                  Paula K. Jacobi, Esq. (one of its partners)

Paula K. Jacobi, Esq.
Andrew J. Abrams, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
312-704-9400

71295-1

**CERTIFICATE OF SERVICE**

    I, Andrew J. Abrams, an attorney, state under penalty of perjury, that I caused to be served on this 24th day of October 2005, true and correct copies of this Notice of Hearing and attachments to the parties, VIA REGULAR MAIL, to the parties listed on the attached Service List.

                                                      By: /s/ Andrew J. Abrams
                                                            Andrew J. Abrams

71295-1

## SERVICE LIST

Janet Hartline
Republic Engineered Products
3770 Embassy Parkway
Akron, OH 44333

Mary Ann Fleischmann
Fuji Machine America Corp.
171 N. Corporate Woods Parkway
Vernon Hills, IL 60061

Jill Loser
Mac Steel
C/O Quanex Corporation
P.O. Box 67-799
Detroit, MI 48267

Steve Pelke
Kay Manufacturing Co.
602 State Street
Calumet, IL 60409

Jeff Cochran
Internet Decatur Foundry
5366 Paysphere Circle
Chicago, IL 60674

Miek Szum
The Timken Company
75 Remittance Drive
Suite 1073
Chicago, IL 60675-1073

Stefano Baralis
SAET Techonologe, SAET
S.P.A
Via Tornio 213
10040 Lein
Torino
Italy

Raymond L. Manganelli
Tunnell Consulting
900 E. Eighth Avenue, Ste. 106
King of Prussia, PA 19406

Shelly Brown
Foerster Systems Div.
1484 Quaker Ct.
Salem, OH 44460

K. Morrill
Doall Chicago
4436 Paysphere Circle
Chicago, IL 60674

Tom Herrmann
Wisconsin Steel & Tube
1555 N. Mayfair Road
P.O. Box 26365
Milwaukee, WI 53226

Mike Pelicani
Finkl & Sons, Inc.
2011 N. Southport Avenue
Chicago, IL 60614

Scott Humphrey
Zurich American Ins. Co.
1400 American Lane
Tower 2, 9th Floor
Schaumburg, IL 60196

Dominic Steckay
Welding Alloys USA, Inc.
8535 Dixie Highway
Florence, KY 41042

Yuki
Mitsubishi Material USA
P.O. Box 51377
Los Angeles, CA 90051-3777

T. Kratzner
AML Industries
P.O. Box 4110
Warren, OH 44482

71295-1

M. Eckhoff
Motion Industries
P.O. Box 98412
Chicago, IL 60693

Steve Swerdloff
Labor Temps
5620 Cermak Rd.
Cicero, IL 60804

Deborah Reed
CBRE (CB Richard Ellis)
20 N. Martingale Road
Suite 100
Schaumburg, IL 60173

Bill Dunham
Sentry Insurance
1800 Northpoint Drive
Stevens Point, WI 55481-1253

Howell Welding Corp.
Attn: Janet
1071 Waveland Avenue
Franklin Park, IL 60131

P. Thornton
Pat Mooney, Inc.
502 S. Westgate St.
Addison, IL 60101-4525

R. Perkins
Perkins Products
7025 W. 66th Place
Bedford Park, IL 60638

Brian Shepro
Alliance Manufacturing, Inc.
1368 Capital Drive
Fond du Lac, WI 54937

William E. Thomas
Durmat, Inc.
11133 I-45 South, Ste. 1
Concore, TX 77302

Tom Chustak
Ford Tool & Machining Co.
2205 Range Road
Rockford, IL 61111

Jeff Soltis
Bohler Thyssen Welding
P.O. Box 721678
Houston, TX 77272

Mike Straus
Aramark Uniform Services
4200 S. Halsted, Ste. 604
Chicago, IL 60609

K. Monty
Ervin Industries, Inc.
Dept. 77997
P.O. Box 77000
Detroit, MI 48277-0997

Veril Elms
Mid-America Propane Co.
5050 N. River Road
Schiller Park, IL 60176

Darren Finke
McMaster-Carr Supply Co.
600 County Line Road
Elmhurst, IL 60126

Larry Ulry
Michigan Welding
31125 Fraser Drive
Fraser, MI 48026

N. Adoba
Thyssen
P.O. Box 93614
Chicago, IL 60673

A. Jeffrey Zappone
Jernberg Industries, Inc.
328 West 40 Place
Chicago, IL 60609

71295-1

Mark Thomas
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Thomas Blakemore
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Kathryn M. Gleason
Office of the United States Trustee
227 West Monroe Street
Suite 3300
Chicago, IL 60606

Richard Mason, Esq.
McGuire Woods LLP
77 W Wacker Drive
Suite 4100
Chicago, IL 60601-1681

71295-1

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JII LIQUIDATING, INC. f/k/a JERNBERG | ) | |
| INDUSTRIES, INC.; JSI LIQUIDATING, INC. | ) | |
| f/k/a JERNBERG SALES, INC.; and IM | ) | Case No. 05 B 25909 |
| LIQUIDATING, LLC f/k/a IRON MOUNTAIN | ) | [Jointly Administered] |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |
| | ) | November 21, 2005 at 10:00 a.m. |

**FINAL APPLICATION OF SUGAR, FRIEDBERG & FELSENTHAL LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER
1, 2005 THROUGH OCTOBER 9, 2005 RELATING TO REPRESENTATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND FOR TIME
<u>INCURRED RELATING TO FINAL FEE APPLICATIONS</u>**

Sugar, Friedberg & Felsenthal LLP ("SFF"), attorneys for The Official Committee of Unsecured Creditors of Jernberg Industries, Inc., *et al.* (the "Committee"), pursuant to § 331 of the United States Bankruptcy Code (the "Code"), Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, and the Order (I) Converting Cases to Chapter 7, (II) Setting Deadline and Procedure for Filing and Approval of Final Fee Applications of Chapter 11 Professionals and (III) Limiting and Shortening Notice entered in these cases hereby requests that this Court enter an Order allowing and approving: (i) $28,501.00 in compensation for SFF's legal services from September 1, 2005 through October 9, 2005 (the "Application Period"); (ii) $1,876.48 as reimbursement for costs and expenses incurred and/or booked by SFF in connection with the cases from September 1, 2005 through October 9, 2005; and (iii) $2,041.50 in compensation for time incurred preparing this Application and the Final Fee Application of FTI Consulting, Inc. (the Committee's financial adviser). In support of this Application, SFF states as follows:

Background

1.  On June 29, 2005, (the "Petition Date"), the captioned debtors ("Debtors") filed voluntary petitions for relief under Chapter 11 of the Code.

2.  On July 21, 2005, this Court entered an Order authorizing the Committee to employ Paula K. Jacobi and the law firm of SFF *nunc pro tunc* to July 13, 2005, the date the Committee retained SFF.

3.  On September 26, 2005, this Court entered an Order converting the Chapter 11 cases to Chapter 7 cases and set a deadline of October 24, 2005 for professionals to file their fee applications.

4.  As counsel for the Committee, SFF has brought substantial value to this estate. In particular, through the efforts of SFF, the following was accomplished during the Application Period:

    a. Obtained authority to bring on behalf of Debtors' estates five (5) adversary proceedings against Unperfected Capital Lessors to recover $1.5 million;

    b. Sought and had Debtors substitute for the Committee on the Cross-Appeal so that benefits of the Cross Appeal would be preserved in the event of a conversion;

    c. Advised the Committee on the issue of conversion and appointment of trustee;

    d. Was successful with Debtors opposing insurers' attempts to seize $800,000 escrow which is property of the estate; and

    e. Assisted in resolving insurance issue for retirees minimizing payments coming out of the estates.

Reasonable and Necessary Services Rendered by SFF – Generally

5.  SFF has made one prior request for compensation and reimbursement in this case. SFF has previously requested $157,409.75 in compensation for SFF's legal services from July 13, 2005 through August 31, 2005, and $13,885.83 as reimbursement for costs and expenses.

71160-1                                          2

6. The following attorneys and paralegals have performed services to the Committee in these cases during the Application Period:

| Attorney | Title | Hours Spent | Hourly Rate | Total |
|---|---|---|---|---|
| Paula K. Jacobi | Partner | 46.1 | $375 | $17,287.50 |
| Etahn M. Cohen | Partner | 1.5 | $315 | $472.50 |
| Andrew J. Abrams | Associate | 46.3 | $240 | $11,112.00 |
| **Totals** | | **86.8** | | **$28,872.00** |

The following paralegals and secretary performed services to the Committee in these cases.

| Paralegal | Hours Spent | Hourly Rate | Total |
|---|---|---|---|
| Rebecca G. Lacy | 4.1 | $130 | $533.00 |
| Jennifer L. Sherpan | 5.5 | $125 | $687.50 |
| Lindsay M. Bentivegna | 6 | $75 | $450.00 |
| **Totals** | **15.6** | | **$1,670.50** |

The above hourly rates for legal services are the same rates generally charged by SFF to its non-bankruptcy clients.

5. SFF expended 102.4 hours with a value of $28,501.00 in connection with its representation of the Committee during the Application Period. SFF expended 7.1 hours with a value of $2,041.50 in connection with preparing this Application and the Final Application of FTI Consulting, Inc. (the Committee's financial adviser).[1]

---

[1] This total includes an additional $235.50 in fees relating to supplements to FTI's and SFF's First Interim Fee Applications to show "back-up" for costs requested.

71160-1                                            3

Reasonable and Necessary Services by SFF – Categories by Matter

6.   A detailed itemization of the professional time expended in connection with the cases is attached as Exhibit A.  In accordance with the factors enumerated in § 331 of the Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these Chapter 11 cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) the costs of comparable services other than in cases under the Code; and (f) the delay in receiving compensation.

7.   Exhibit A: (a) identifies the individuals that rendered services in each Subject Matter (as defined below), (b) describes each activity or service that each individual performed, and (c) states the number of hours (in increments of one-tenth or one-twentieth of an hour) spent by each individual providing the services.[2]

| **Subject Matter of Services** | **Hours** | **Amount Sought** |
|---|---|---|
| Meetings/Communications with Committee | 8.55 hrs. | $2,963.25 |

The services provided in this category included, without limitation, (i) communicating with the Committee members individually and in Committee teleconferences or through written communications; (ii) preparing agendas for Committee teleconferences; and (iii) drafting minutes of Committee teleconferences.

| LaSalle Issues | .9 hrs. | $283.50 |

---

[2]   With respect to certain aspects of the case (e.g., Heller appeal, motion to appoint SFF special counsel for Debtors, Premium's motion to modify automatic stay, work regarding non-union retiree committee's actions), different attorneys billed their time to different matters (e.g., general administrative, sale, avoidance matters).  This explains why certain work is described in several subject matters but does not reflect duplicative work.

71160-1                                                       4

The services provided in this category included, without limitation, (i) preparing notice of withdrawal of objection to claim of LaSalle Bank; and (ii) communicating regarding withdrawal to objection to claim.

<u>Sale Procedure/Related Matters</u>　　　3.8 hrs.　　　$1,430.25

The services provided in this category included, without limitation, (i) reviewing Heller Financial Leasing, Inc.'s appeal of sale order; (ii) communicating with Debtors and Heller regarding appeal; (iii) working with Debtors on letter of credit issued in connection with sale; and (iv) communicating with Debtors and LaSalle Bank regarding closing of sale and letter of credit.

Debtor Operational Motions/　　　14.85 hrs.　　　$4,743.75
<u>Related Issues</u>

The services provided in this category included, without limitation, (i) appearing in court regarding non-union retiree issues; (ii) reviewing non-union retiree committee's motion to reinstate retiree benefits; (iii) responding to motion to modify stay and for payment of administrative expense claim filed by Sentry insurance; (iv) preparing and then reviewing discovery relating to Debtors' workers compensation issues; (v) appearing in court on Sentry insurance issue; and (vi) reviewing automatic stay motion filed by Debtors' insurance premium financing company (Premium) and appearing in Court regarding same.

Avoidance Matter/　　　53.65 hrs.　　　$14,043.25
<u>Insider Issue</u>

The services provided in this category included, without limitation, (i) preparing and appearing in support of motion for leave to prosecute adversary complaints on behalf of Debtors against unperfected capital lessors; (ii) drafting adversary complaints against unperfected capital lessors; (iii) researching issues raised by counsel for Heller as grounds for appeal of sale order; (iv) negotiating settlement with Heller and communicating with Debtors and Heller regarding

71160-1　　　　　　　　　　　　　　　5

same; (v) reviewing Heller's fixture filing as to certain equipment and investigating where equipment is located; (vi) researching UCC issues, including what is proper description of collateral and whether Heller's fixture filing is effective; (vii) preparing notice of cross appeal, statement of issues for cross appeal, and record for cross appeal; (viii) work (research) to ensure cross-appeal preserved in the event of a conversion; (ix) researching grounds to dismiss Heller appeal; (x) preparing application to act as special counsel for Debtors as to Heller appeal and to substitute Debtors for the Committee as cross-appellant; (xi) drafting summary judgment motion against Heller in adversary; and (xii) preparing affidavits for summary judgment motion.

<u>General Administrative</u>             5.9 hrs.            $1,983.00

The services provided in this category included, without limitation, (i) communicating with Debtors' counsel regarding possible conversion; (ii) conferring with United States Trustee on conversion procedures; (iii) reviewing pleadings filed by non-union retiree committee for injunctive relief; and (iv) appearing in court regarding Debtors' conversion motion.

<u>Retention/Fee Application</u>          21.6 hrs.           $5,047.50

The services provided in this category included, without limitation, (i) assembling and reviewing monthly billing records before service on notice parties pursuant to case procedures order; (ii) reviewing and categorizing billing for first interim fee application; (iii) drafting first interim fee application for SFF; (iv) revising first interim fee application prepared by FTI Consulting, Inc. (the Committee's financial adviser); (v) appearing in Court in support of first interim fee application of SFF and FTI; (vi) reviewing and categorizing billing for this Application; (vii) drafting this Application and (viii) revising FTI Consulting, Inc.'s Final Fee Application.

<u>Creditor Inquiries</u>                    .2 hrs.                    $48.00

The services provided in this category included, without limitation, communicating with creditors regarding status of cases.

8.    SFF also seeks $1,876.73 for costs and expenses it incurred in connection with these cases that were posted during this same period that are reimbursable under applicable rules. The expenses are set forth on Exhibit A and are as follows:

| Expense Category | Amount |
| --- | --- |
| Photocopy Charges ($.10/copy for in-house copies) | $202.90 |
| UCC Research Regarding Unperfected Capital Leases | $117.00 |
| Court Reporter Fees for Transcript of Sale Hearing | $60.00 |
| Federal Express | $27.34 |
| Delivery Charges | $2.00 |
| Westlaw Research[3] | $1,096.00 |
| Courtroom Exhibit Board | $370.52 |
| Long-Distance Telephone | $0.72 |
| **Totals** | **$1,876.48** |

---

[3]    For the month of September, SFF researched the following issues on Westlaw: (i) requirements for administrative expense claim; (ii) whether only a "true lease" can be assumed; (iii) whether portion of a court order can be appealed; (iv) standing of committee to act on behalf of estate; (v) grounds to object to appeal where issue not raised below; (vi) grounds for dismissing appeal where appellant failed to raise issue below; and (vii) differences between a "true lease" and "financing lease".   The Westlaw charges for the October portion of the Application Period have not been posted, and SFF does not seek reimbursement for these amounts.  SFF, however, anticipates being retained by the Chapter 7 trustee to be special counsel as to the matters relating to the research (i.e., prosecution of the unperfected capital leases adversaries and the Heller appeal) and will seek reimbursement at a future date pursuant to that retention.

71160-1                                7

Conclusion

9. The fees requested by SFF as compensation and expense reimbursement is reasonable value for the services performed, especially considering the stanch positions of the parties and the accelerated pace of these cases since the Petition Date.

WHEREFORE, Sugar, Friedberg & Felsenthal LLP respectfully requests that the Court enter an Order (i) authorizing payment of $28,501.00 in compensation for SFF's legal services from September 1, 2005 through October 9, 2005; (ii) authorizing payment of $1,876.48 as reimbursement for costs and expenses incurred and/or booked by SFF in connection with these cases from September 1, 2005 through October 9, 2005; (iii) authorizing payment of $2,041.50 in compensation for time incurred preparing this Application and the Application of FTI Consulting, Inc.; and (iv) granting such other and further relief as is just and suitable.

**SUGAR, FRIEDBERG & FELSENTHAL LLP**

By: _____/s/ Paula K. Jacobi_____
                Paula K. Jacobi, Esq., one of SFF's partners

Paula K. Jacobi, Esq. #1311247
Andrew J. Abrams, Esq. #6271836
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 704-9400

71160-1          8