**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JII LIQUIDATING, INC. f/k/a JERNBERG | ) | |
| INDUSTRIES, INC.; JSI LIQUIDATING, INC. | ) | |
| f/k/a JERNBERG SALES, INC.; and IM | ) | Case No. 05 B 25909 |
| LIQUIDATING, LLC f/k/a IRON MOUNTAIN | ) | [Jointly Administered] |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |
| | ) | November 21, 2005 at 10:00 a.m. |

**NOTICE OF HEARING ON FINAL APPLICATION OF FTI CONSULTING, INC.
FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES FOR
SEPTEMBER 1, 2005 THROUGH OCTOBER 9, 2005 AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
<u>JERNBERG INDUSTRIES, INC., ET AL</u>**

TO:     SEE ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that FTI Consulting, Inc. has filed its **Final Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses for September 1, 2005 through October 9, 2005 as Financial Adviser to the Official Committee of Unsecured Creditors of Jernberg Industries, Inc., et al.** The Application seeks $7,323.00 in fees and $13.50 in expenses.

     **PLEASE TAKE FURTHER NOTICE** that a hearing will be held on November 21, 2005 at 10:00 a.m. on the Application before the Honorable John H. Squires, in Courtroom 680 at the Dirksen Building located at 219 S. Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in his place. At which time you may appear if you see fit. All objections to the relief requested in the Application must be made in writing, filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois and served so as to be received by the undersigned and the attached service list on or before November 14, 2005.

                                                   **FTI CONSULTING, INC.**

                                                   By:          /s/ Paula K. Jacobi
                                                  Paula K. Jacobi, Esq. (counsel for the Committee)

Paula K. Jacobi, Esq.
Andrew J. Abrams, Esq.
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
312-704-9400

71297-1

**CERTIFICATE OF SERVICE**

    I, Andrew J. Abrams, an attorney, state under penalty of perjury, that I caused to be served on this 24th day of October 2005, true and correct copies of this Notice of Hearing and attachments to the parties, VIA REGULAR MAIL, to the parties listed on the attached Service List.

                                      By:  /s/ Andrew J. Abrams
                                           Andrew J. Abrams

71297-1

## SERVICE LIST

Janet Hartline
Republic Engineered Products
3770 Embassy Parkway
Akron, OH 44333

Mary Ann Fleischmann
Fuji Machine America Corp.
171 N. Corporate Woods Parkway
Vernon Hills, IL 60061

Jill Loser
Mac Steel
C/O Quanex Corporation
P.O. Box 67-799
Detroit, MI 48267

Steve Pelke
Kay Manufacturing Co.
602 State Street
Calumet, IL 60409

Jeff Cochran
Internet Decatur Foundry
5366 Paysphere Circle
Chicago, IL 60674

Miek Szum
The Timken Company
75 Remittance Drive
Suite 1073
Chicago, IL 60675-1073

Stefano Baralis
SAET Techonologe, SAET
S.P.A
Via Tornio 213
10040 Lein
Torino
Italy

Raymond L. Manganelli
Tunnell Consulting
900 E. Eighth Avenue, Ste. 106
King of Prussia, PA 19406

Shelly Brown
Foerster Systems Div.
1484 Quaker Ct.
Salem, OH 44460

K. Morrill
Doall Chicago
4436 Paysphere Circle
Chicago, IL 60674

Tom Herrmann
Wisconsin Steel & Tube
1555 N. Mayfair Road
P.O. Box 26365
Milwaukee, WI 53226

Mike Pelicani
Finkl & Sons, Inc.
2011 N. Southport Avenue
Chicago, IL 60614

Scott Humphrey
Zurich American Ins. Co.
1400 American Lane
Tower 2, 9th Floor
Schaumburg, IL 60196

Dominic Steckay
Welding Alloys USA, Inc.
8535 Dixie Highway
Florence, KY 41042

Yuki
Mitsubishi Material USA
P.O. Box 51377
Los Angeles, CA 90051-3777

T. Kratzner
AML Industries
P.O. Box 4110
Warren, OH 44482

71297-1

M. Eckhoff
Motion Industries
P.O. Box 98412
Chicago, IL 60693

Steve Swerdloff
Labor Temps
5620 Cermak Rd.
Cicero, IL 60804

Deborah Reed
CBRE (CB Richard Ellis)
20 N. Martingale Road
Suite 100
Schaumburg, IL 60173

Bill Dunham
Sentry Insurance
1800 Northpoint Drive
Stevens Point, WI 55481-1253

Howell Welding Corp.
Attn: Janet
1071 Waveland Avenue
Franklin Park, IL 60131

P. Thornton
Pat Mooney, Inc.
502 S. Westgate St.
Addison, IL 60101-4525

R. Perkins
Perkins Products
7025 W. 66th Place
Bedford Park, IL 60638

Brian Shepro
Alliance Manufacturing, Inc.
1368 Capital Drive
Fond du Lac, WI 54937

William E. Thomas
Durmat, Inc.
11133 I-45 South, Ste. 1
Concore, TX 77302

Tom Chustak
Ford Tool & Machining Co.
2205 Range Road
Rockford, IL 61111

Jeff Soltis
Bohler Thyssen Welding
P.O. Box 721678
Houston, TX 77272

Mike Straus
Aramark Uniform Services
4200 S. Halsted, Ste. 604
Chicago, IL 60609

K. Monty
Ervin Industries, Inc.
Dept. 77997
P.O. Box 77000
Detroit, MI 48277-0997

Veril Elms
Mid-America Propane Co.
5050 N. River Road
Schiller Park, IL 60176

Darren Finke
McMaster-Carr Supply Co.
600 County Line Road
Elmhurst, IL 60126

Larry Ulry
Michigan Welding
31125 Fraser Drive
Fraser, MI 48026

N. Adoba
Thyssen
P.O. Box 93614
Chicago, IL 60673

A. Jeffrey Zappone
Jernberg Industries, Inc.
328 West 40 Place
Chicago, IL 60609

71297-1

Mark Thomas
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Thomas Blakemore
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Kathryn M. Gleason
Office of the United States Trustee
227 West Monroe Street
Suite 3300
Chicago, IL 60606

Richard Mason, Esq.
McGuire Woods LLP
77 W Wacker Drive
Suite 4100
Chicago, IL 60601-1681

71297-1

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JII LIQUIDATING, INC. f/k/a JERNBERG | ) | |
| INDUSTRIES, INC.; JSI LIQUIDATING, INC. | ) | |
| f/k/a JERNBERG SALES, INC.; and IM | ) | Case No. 05 B 25909 |
| LIQUIDATING, LLC f/k/a IRON MOUNTAIN | ) | [Jointly Administered] |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |
| | ) | November 21, 2005 at 10:00 a.m. |

**FINAL APPLICATION OF FTI CONSULTING, INC.
FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES FOR
SEPTEMBER 1, 2005 THROUGH OCTOBER 9, 2005 AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
<u>JERNBERG INDUSTRIES, INC., ET AL</u>**

FTI Consulting Inc. ("FTI" or the "Applicant"), financial advisor to the official committee of unsecured creditors of Jernberg Industries, Inc., et al (the "Committee"), through Sugar, Friedberg & Felsenthal LLP (counsel to the Committee), pursuant to § 331 of the United States Bankruptcy Code (the "Code"), Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, and the Order (I) Converting Cases to Chapter 7, (II) Setting Deadline and Procedure for Filing and Approval of Final Fee Applications of Chapter 11 Professionals and (III) Limiting and Shortening Notice entered in these cases hereby requests that this Court enter an Order allowing and approving: (i) $7,323.00 in compensation for FTI's services from September 1, 2005 through October 9, 2005 and (ii) $13.50 as reimbursement for costs and expenses incurred and posted in connection with the case for September 1, 2005 through October 9, 2005.  In support thereof, FTI states as follows:

1.     On June 29, 2005 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On September 26, 2005, this Court entered an Order converting the

Chapter 11 cases to Chapter 7 cases and set a deadline of October 24, 2005 for professionals to file their fee applications.

2.  On July 20, 2005, the Official Committee of Unsecured Creditors of Jernberg (the "Committee") filed an Application to Employ FTI as Financial Advisors to the Committee. FTI was retained pursuant to Court Order entered July 25, 2005, *nunc pro tunc* from July 12, 2005, to serve as financial advisors for the Committee.

3.  General Description of Services – FTI has applied its expertise in the bankruptcy and automotive industries to assist the Committee in various activities, as detailed in Exhibit B and summarized below:

> Monitor Asset Sale Process: FTI monitored the ongoing sale process and communicated regularly with the Debtor and Debtor's investment banker on the current status of the process. FTI also evaluated the sales and marketing approach, the universe of potential interested parties, and terms of any potential bids.
>
> Evaluate Conversion to Chapter 7: FTI analyzed the Debtors' motion to convert the cases to Chapter 7 cases, discussed the relevant issues with counsel, and communicated these issues to the Committee.
>
> Meetings with Creditors Committee: FTI participated in conference calls with the Committee and Committee members to discuss various case issues including DIP financing, operating performance, approval of various Debtors' motions, and sale process.
>
> Meetings with Debtor/Trustee and Its Representatives: FTI participated in meetings with Debtor management and advisors regarding general restructuring strategy, programs, and timelines.

71288

2

4. FTI has previously requested (i) $78,802.50 in compensation for FTI's services from July 12, 2005 through August 31, 2005 and (ii) $2,955.99 as reimbursement for costs and expenses incurred and posted in connection with the case from July 12, 2005 through August 31, 2005.

5. The following professionals have performed services to the Committee in these cases:

| Professional | Title | Hours Spent | Hourly Rate | Total |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | 3.0 | 580 | $1,740.0 |
| Wehrle, David | Managing Director | 1.8 | 495 | $891.0 |
| Dasari, Bindu | Consultant | 13.8 | 340 | $4,692.0 |
| **Totals** | | **18.6** | | **$ 7,323.0** |

6. FTI incurred 18.6 hours for a total of $7,323.00 in connection with the Jernberg cases from the September 1, 2005 through September 30, 2005.

7. <u>Exhibits</u> - Applicant has attached the following exhibits:

Exhibit A - A copy of the Order approving FTI's employment

Exhibit B - A summary of fees by professional

Exhibit C – A summary of activities performed by project code

Exhibit D – Detail of activities performed by project code

Exhibit E – A summary of expenses incurred by category for each professional.

8. FTI also seeks $13.50 for costs and expenses it incurred in connection with these cases during that same period that are reimbursable under applicable rules. The expenses are set forth on Exhibit E.

71288                                                3

9. FTI requests allowance of professional fees in the amount of $7,323.00 and expenses in the amount of $13.50 to FTI Consulting Inc., as financial advisors to the Committee and authorization for payment.

10. The fees requested by FTI as compensation and expense reimbursement are reasonable value for the services performed.

WHEREFORE, FTI Consulting Inc. requests that the Court enter an Order (a) allowing fees to FTI in the amount of $7,323.00 for services rendered as financial advisors to the Committee for the period September 1, 2005 through October 9, 2005; (b) allowing reimbursement of costs advanced by FTI on behalf of the Committee in the amount of $13.50 for the period September 1, 2005 through October 9, 2005; and (c) for such other and further relief that this Court deems necessary and proper.

Respectfully submitted,

**FTI CONSULTING INC.**

Dated: October 24, 2005    By:/s/ Paula K. Jacobi_____
                              One of the Committee's Attorneys

Paula K. Jacobi, Esq. (#1311247)
Andrew J. Abrams, Esq. (#6271836)
SUGAR FRIEDBERG & FELSENTHAL LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: 312-704-9400

71288                                    4