# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **JII LIQUIDATING INC. f/k/a JERNBERG** | ) | **Chapter 7** |
| **INDUSTRIES, INC., JSI LIQUIDATING INC.,** | ) | **(Jointly Administered)** |
| **f/k/a JERNBERG SALES, INC., IM** | ) | |
| **LIQUIDATING, LLC f/k/a IRON MOUNTAIN** | ) | **Case No. 05-25909** |
| **INDUSTRIES LLC,** | ) | |
| | ) | |
| **Debtors.** | ) | **Honorable John H. Squires** |
| | ) | |
| | ) | **Hearing Date: December 10, 2009** |
| | ) | |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | |

## NOTICE OF MOTION

**To:     See Attached Service List**

On November 19, 2009, McGuireWoods, LLP ("McGuireWoods") filed the **Final Application (the "Application") of Gould & Pakter For Allowance of Compensation As Consultants to the Trustee With Respect to Certain Litigation** seeking (i) the allowance of final compensation in the amount of $77,080.00, for the period from March 30, 2009 through July 11, 2009, (the "Compensation Period) and (ii) immediate payment of these amounts from funds currently held in the bankruptcy estate of JII Liquidating, Inc., f/k/a Jernberg Industries, Inc.

Copies of the Application and all supporting documentation are available for review upon written request to Paul J. Catanese, McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601, facsimile: (312) 920-3697, and electronic mail: pcatanese@mcguirewoods.com, or, with a valid password, through the PACER system on the website for the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Bankruptcy Court") at www.ilnb.uscourts.gov.

A hearing (the "Hearing") will be held on the Application on **December 10, 2009**, at the hour of **9:30 a.m.** before the Honorable John H. Squires, United States Bankruptcy

Judge (or any judge who may be sitting in his stead) in Courtroom 680 of the Bankruptcy

Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss

them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before December

10, 2009, you or your attorney must file a written Objection to the Application, which

should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219

South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on December 10,

2009 at 9:30 a.m.

If you do not object, the Court may grant the relief requested.

Dated: November 19, 2009            By___/s/ *Paul J. Catanese*_____
                                        *One of the Attorneys for*
                                        *Richard J. Mason, Trustee*

Richard J. Mason (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312)849-8100

\9990347.4

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the **Notice of the Final Application of Gould & Pakter For Allowance of Compensation As Consultant to Trustee With Respect to Certain Litigation,** to be served upon each of those parties on the attached Service List by United States mail, this 19th day of November, 2009.

**/s/ Paul J. Catanese**

## SERVICE LIST

Thomas V. Askounis, Esq.
Askounis & Borst, PC
180 North Stetson, Suite 3400
Chicago, IL 60601
FAX: 312/861-0022
taskounis@askborst.com

Associate Area Counsel SB SE
Internal Revenue Service
200 W. Adams Street, Suite 2300
Chicago, IL 60605-9244
FAX: 312-368-8710

Carson Fischer PLC
Joseph M. Fischer
4111 Andover Road West Building
2nd Floor
Bloomfield Hills, MI 48302
PHONE: 248-644-4840
FAX: 248-644-1832
jfischer@carsonfischer.com

Edmond M. Burke
Joshua S. Hyman
Chuhak & Tecson PC
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
FAX: 312-444-9027
eburke@chuhak.com
jhyman@chuhak.com

A. Jeffrey Zappone
CM&D Management Services LLC
303 West Madison, Suite 1600
Chicago, IL 60606
FAX: 312-220-0101
jzappone@c-m-d.com

Joel A. Stein
Deutsch, Levy & Engel, Chartered
225 W. Washington Street, Suite 1700
Chicago, IL 60606
FAX: 312-346-1859
joelastein@dlec.com

Michael C. Hammer, Esq.
Dickinson Wright PLLC
301 E. Liberty Street, Suite 500
Ann Arbor, MI 48104
FAX: 734-623-1627
mhammer@dickinsonwright.com

Dawn R. Copley Esq.
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
FAX: 313-223-3598
dcopley@dickinsonwright.com

DLA Piper Rudnick
David N. Missner
Marc I. Fenton
Alex Terras
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
PHONE: 312-368-7082
FAX: 312-236-7516
marc.fenton@dlapiper.com
alexander.terras@dlapiper.com
david.missner@dlapiper.com

Barbara L. Yong
Field & Golan LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
FAX: 312-263-0939
blyong@fieldgolan.com

Michael D. Lee
Robert J. Trizna
Schyuler Roche & Zwirner
One Prudential Plaza
130 E. Randolph Drive, Suite 3800
Chicago, IL 60601
FAX: 312-565-8300
mlee@srzlaw.com
rtrizna@srzlaw.com

Robert B. Weiss
Aaron M. Silver
Honigman Miller Schwartz & Cohn
2290 First National Building
Detroit, MI 48225
FAX: 313-465-7597
rweiss@honigman.com
asilver@honigman.com

Illinois Department of Revenue
Attn Collections Div
101 W Jefferson
PO Box 19035
Springfield, IL  62794-9035
PHONE:  217-782-3336
FAX:  217-782-4217

Intermet Decatur Foundry
c/o Intermet Corporation
Gregory Wahowiak
301 Commerce Street, Suite 2901
Fort Worth, TX  76102-4140
PHONE:  817-348-9190
FAX:  866-833-3583

Jerry Switzer
Polsinelli Shughart PC
180 N. Stetson, Suite 4525
Chicago, IL 60601
PHONE: 312/923-2974
FAX: 312-873-2926
jswitzer@polsinelli.com

Ilana N. Glazier
Jones Day
77 West Wacker Drive, 35th Floor
Chicago, IL 60601
FAX: 312-782-8585
jglazier@jonesday.com

Heather Lennox
Ryan T. Routh
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
FAX: 216-579-0212
hlennox@jonesday.com
rrouth@jonesday.com

Matthew Olins
John P. Sieger
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
FAX: 312-902-1061
matthew.olins@kattenlaw.com
john.sieger@kattenlaw.com

James S. Carr, Esq.
Edward Leen
Kelley Drye Warren LLP
101 Park Avenue
New York, NY  10178
FAX: 212-808-7897
jcarr@kelleydrye.com
eleen@kelleydrye.com

Kurtzman Carson Consultants LLC
Jason Jay Scott
2335 Alaska Ave.
El Segundo, CA 90245-4808
PHONE:  310-823-9000
FAX: 310-751-1549
jscott@kccllc.com

LaSalle Bank NA
John M. Schuessler
135 S. LaSalle Street, Suite 2140
Chicago, IL  60603
PHONE:  312-904-8618
FAX: 312-904-8169
john.schuessler@abnamro.com

Mac Steel
Stefan J. Prociv
One Jackson Square
Jackson, MI 49201
PHONE:  800-876-7833
FAX:  517-782-8736

Gary D. Santella
Rein Krammer
Masuda Funai Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL  60601-1262
PHONE:  312-245-7500
FAX:  312-245-7467
gsantella@masudafunai.com

Republic Engineered Products
George E. Strickler
3770 Embassy Parkway
Akron, OH 44333
PHONE: 800-232-7157 x3283
FAX: 330-670-7002

Shaw Gussis Fishman LLC
Steven B. Towbin
321 N. Clark Street, Suite 800
Chicago, IL 60601
PHONE: 312-276-1333
FAX: 312-275-0569
stowbin@shawgussis.com
mradtke@shawgussis.com

Andrew J. Abrams
Sugar Friedberg
30 North Lasalle Street, Suite 3000
Chicago, IL 60602
PHONE: 312-704-9400
FAX: 312-372-7951
aabrams@sff-law.com

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606
312 214 4866
Fax : 312 759-5646
pjacobi@btlaw.com

United States Attorney Office
Patrick J. Fitzgerald
219 S. Dearborn Street, 5th Flr
Chicago, IL 60604
PHONE: 312-353-5300
FAX: 312-353-2067

United States Trustee
Kathryn M. Gleason
219 South Dearborn Street, Room 873
Chicago, IL 60604
PHONE: 312-886-5785
FAX: 312-886-5794
kathryn.m.gleason@usdoj.gov

Wildman Harrold
Scott A. Semenek
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
PHONE: 312-201-2162
FAX: 312-201-2555
semenek@wildmanharrold.com

Mark Thomas
Proskauer Rose
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60601
FAX: 312/962-3551
mthomas@proskauer.com

Wisconsin Steel & Tube Corp
Michael F. Poehlmann
1555 N. Mayfair Rd.
Milwaukee, WI 53226
PHONE: 414-453-4441
FAX: 414-453-0789

Michael A. Cox, Attorney
Heather M. Durian,
Asst. Attorney General
State of Michigan
Department of Treasury
P.O. Box 30754
Lansing, MI 48909
PHONE: 517-373-3203
FAX: (517) 373-3042

Scott N. Opincar
McDonald Hopkins Co., LPA
600 Superior Avenue, E. Suite 2100
Cleveland, OH 44114
FAX: 216-348-5474
sopincar@mcdonaldhopkins.com

Mitchell L. Marinello
Joseph S. Nacca
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
FAX: 312-419-6928
mlm@novackandmacey.com
jnacca@novackandmacey.com

William McCarron, Jr.
Office of Chief Counsel
Pension Benefit Guaranty Corporation
1200 K. Street NW
Washington, DC 20005
FAX: 202-326-4112
Mccarron.william@pbgc.gov

Martin B. Tucker
Frost Brown Todd LLC
250 W. Main Street, Suite 2700
Lexington, KY 40507-1749
FAX: 859-231-0011

Eugene J. Geekie, Jr.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
FAX: 312-258-5700
egeekie@schiffhardin.com

Richard M. Bendix Jr.
Schwartz Cooper
Greenberger & Krauss Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
FAX: 312-264-2441
rbendix@scgk.com

Joshua M. Bernstein
Pedersen & Houpt
161 N. Clark Street
Suite 3100
Chicago, IL 60601-3242
FAX: 312/261-2256
jbernstein@pedersenhoupt.com

Alexander D. Kerr Jr.
Bruce Wald
Tishler & Wald Ltd.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
FAX: 312-876-3816
akerr@tishlerwandwald.com
bwald@tishlerandwald.com

R. Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
FAX: 312-977-4405
rsalsterda@uhlaw.com

David R. Jury
Assistant General Counsel
United Steel Workers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
FAX: 412-562-2429
djury@steelworkers-usw.org

Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
FAX: 866-698-0830

Gregory J. Jordan
Apostol, Kowal & Jordan, Ltd.
200 South Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 854-7180 (Telephone)
(312) 276-9285 (Facsimile)

Shawn M. Christianson
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
FAX: 415-227-0770
schristianson@buchalter.com

David C. Bargamian
Leo J. Gibson
Barris Scott & Driker PLLC
211 W. Fort St., 15th Floor
Detroit, MI 48226
FAX: 313-965-2493

Richard C. Jones
Jones & Jacobs
77 W. Washington
Chicago, IL 60601
FAX: 312/419-9114

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
FAX: 615-741-3334

John Collen, Esq.
Lauren N. Nachinson, Esq.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
FAX: 312-715-5155
jcollen@quarles.com
lnachins@quarles.com

Republic Engineered Products
Attn: Janet Hartline
3770 Embassy Parkway
Akron, OH 44333
FAX: 330-670-7029

Fuji Machine America Corp.
Attn: Mary Ann Fleischmann
171 N. Corporate Woods Pkwy.
Vernon Hills, IL 60061
FAX: 847-821-7815

Mac Steel
Attn: Jill Loser
c/o Quanex Corporation
P. O. Box 67-799
Detroit, MI 48267

Kay Manufacturing Co.
Attn: Steve Pelke
602 State Street
Calumet, IL 60409
FAX: 708-862-8122

Intermet Decatur Foundry
Attn: Jeff Cochran
5366 Paysphere Circle
Chicago, IL 60674
FAX: 217-425-6662

The Timken Company
Attn: Mike Szum
75 Remittance Drive., Ste. 1073
Chicago, IL 60675
FAX: 330-471-4388

Tunnell Consulting
Attn: Raymond L. Manganelli
900 E. Eighth Ave., Ste. 106
King of Prussia, PA 19406
FAX: 610-337-1884

Doall Chicago
Attn: K. Morrill
4436 Paysphere Circle
Chicago, IL 60674
FAX: 847-824-4340

Wisconsin Steel & Tube
Attn: Tom Herrmann
1555 North Mayfair Road
P. O. Box 25365
Milwaukee, WI 53226
FAX: 414-453-0789

Finkl & Sons, Inc.
Attn: Mike Pelicani
2011 North Southport
Chicago, IL 60614
FAX: 773-348-5347

Zurich American Ins. Co.
Attn: Scott Humphrey
1400 American Lane
Tower 2, 9th Floor
Schaumburg, IL 60196
FAX: 847-240-8050

Welding Alloys USA, Inc.
Attn: Dominic Steckay
8535 Dixie Highway
Florence, KY 41042
FAX: 859-525-9094

Mitsubishi Material USA
Attn: Yuki
P. O. Box 51377
Los Angeles, CA 90051-3777
FAX: 800-643-4909

AML Industries
Attn: T. Kratzner
P. O. Box 4110
Warren, OH  44482
FAX: 330-399-5005

Motion Industries
Attn: M. Eckhoff
P. O. Box 98412
Chicago, IL 60693
FAX: 312-850-4085

Labor Temps
Attn: Steve Swerdloff
5620 Cermak Road
Cicero, IL  60804
FAX: 708-652-8283

CBRE (CB Richard Ellis)
Attn: Deborah Reed
20 N. Martingale Rd., Suite 100
Schaumburg, IL 60173
FAX: 847-517-4384

Sentry Insurance
Attn: Ken Erler, Associate Counsel
1800 Northpoint Drive
Stevens Point, WI  55481-1253
FAX: 715-346-7028

Howell Welding Corp.
Attn: Janet
1071 Waveland Avenue
Franklin Park, IL  60131
FAX: 630-616-1102

Pat Mooney, Inc.
Attn: P. Thornton
502 S. Westgate Street
Addison, IL 60101-4525
FAX: 630-543-5584

Perkins Products
Attn: R. Perkins
7025 W. 66th Place
Bedford Park, IL 60638
FAX: 708-458-2057

Durmat, Inc.
Attn: William E. Thomas
11122 I-45 South, Ste. 1
Conroe, TX 77302
FAX: 936-539-2470

Ford Tool & Machining Co.
Attn: Tom Chustak
2205 Range Road
Rockford, IL  61111
FAX: 815-633-0380

Bohler Thyssen Welding
Attn: Jeff Soltis
P. O. Box 721678
Houston, TX  77272
FAX: 281-499-4347

Aramark Uniform Services
Attn: Mike Straus
4200 South Halsted, Ste. 604
Chicago, IL 60609
FAX: 773-376-0680

Ervin Industries, Inc.
Attn: K. Monty
3893 Research Park Drive
Ann Arbor, MI  48108
FAX: 734-663-0136

Mid-America Propane Co.
Attn: Veril Elms
5050 North River Road
Schiller Park, IL 60176
FAX: 847-233-7129

McMaster-Carr Supply Co.
Attn: Darren Finke
600 County Line Road
Elmhurst, IL 60126
FAX: 630-834-9427

Michigan Welding
Attn: Larry Ulry
31125 Fraser Drive
Fraser, MI 48026
FAX: 586-294-2537

Thyssen
Attn: N. Adoba
P. O. Box 93614
Chicago, IL 60673
FAX: 630-682-3428

William D. Cherny
Kuhn Mitchell Moss Mork
 & Lechowicz LLC
P.O. Box 359
Naperville, IL 6056600359
FAX: 630-355-0458

Bruce J. Ruzinsky
Desiree' K. Killen
Jackson Walker LLP
1401 McKinneySt., #1900
Houston, TX 77010
FAX: 713-752-4221
bruzinsky@jw.com
dkillen@jw.com

Heather M. Forrest
Jackson Walker LLP
901 Main Street, #6000
Dallas, TX 75202
FAX: 214-953-5822
hforrest@jw.com

Lake Forest Bank & Trust Company
Attn: Donald Newman
Donald L. Newman & Associates
11 S. LaSalle Street
Suite 1500
Chicago, IL 60603

Visteon Corporation
Attn: Michael C. Hammer
c/o Dickinson Wright PLLC
301 E. Libberty
Suite 500
Ann Arbor, MI 48104

Sun Guard Availability Services LP
Attn: Maureen A. McGreevey Esq.
Sun Guard
680 E. Swedesford Rd.
Wayne, PA 19067

Sentry Insurance a Mutual Company
Attn: Matthew A. Olins
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

United Healthcare Insurance Company
Attn: Thomas C. Welford
Neal Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 2200
Chicago, IL 60602

Team Air Express
P.O. Box 668
Winnesboro, TX 75494

Committee of Non-Union Retirees of
Jernberg Industries
Attn: Lauren Newman
(No Suggestions) LLC
55 E. Monroe
40th Floor
Chicago, IL 60603

Wisconsin Steel and Tube Corporation
Attn: Michael Poehlmann
1555 N. Mayfair Road
P.O. Box 26365
Milwaukee, WI 53226

The Timken Company
Heather Lennox
North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190

Bohler Thyssen
Tommy Kinnett
P.O. Box 721678
Houston, TX 77272-1676

Republic Engineered Products
Scott N. Opincar
600 Superior Ave. E.
Suite 2100
Cleveland, OH 44114

Motion Industries, Inc.
Robert Barnes
1605 Alton Road
P.O. Box 1477
Birmingham, AL  35301

Macsteel
Stefan J. Proclv
One Jackson Square
Jackson, MI  49201

United States Trustee
227 West Monroe
Suite 3350
Chicago, IL 60606

Carson Fischer
Lawrence A. Lichtman
Third Floor
300 East Maple Road
Birmingham, MI  48009-6317

Jenner & Block
Jerry L. Switzer, Jr.
353 N. Clark Street
Chicago, IL  60654

FagelHaber LLC
Attn:  Lauren Newman
55 East Monroe Street
40th Floor
Chicago, IL 60603

Sugar Friedberg & Felsenthal LLP
Paula K. Jacobi
30 North LaSalle Street
Suite 3000
Chicago, IL 60602

FTI Consulting Inc.
Paula Jacobi
Sugar Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, IL 60602

Citi Capital Commercial Corporation
Attn: Lawrence Goldstein
Noonan & Lieberman
105 West Adams
Suite 3000
Chicago, IL  60603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **JII LIQUIDATING INC. f/k/a** | ) | **Chapter 7** |
| **JERNBERG INDUSTRIES, INC., JSI** | ) | **(Jointly Administered)** |
| **LIQUIDATING INC., f/k/a** | ) | |
| **JERNBERG SALES, INC., IM** | ) | **Case No. 05-25909** |
| **LIQUIDATING, LLC f/k/a IRON** | ) | |
| **MOUNTAIN INDUSTRIES LLC,** | ) | |
| | ) | **Honorable John H. Squires** |
| **Debtors.** | ) | |
| | ) | **Hearing Date: December 10, 2009** |
| | ) | |
| | ) | **Hearing Time:  9:30 A.M.** |
| | ) | |

## COVER SHEET FOR FINAL APPLICATION OF GOULD & PAKTER FOR
## PROFESSIONAL COMPENSATION AS THE TRUSTEE'S CONSULTANT

Name of Applicant:                     Gould & Pakter Associates, LLC

Authorized to Provide Professional
Services to:                           Richard J. Mason, P.C., Ch. 7 Trustee

Date of Retention Order:               April 28, 2009, *retroactive* to March
                                       30, 2009 **[Docket No. 1179]**

Period for which Compensation is Sought:    March 30, 2009, through
                                            July 11, 2009

Amount of Fees Sought:                 $77,080.00

Amount of Expense Reimbursement Sought:    None

This is an:          Interim Application  __      Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

State the aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses incurred herein is: $0.00.

Dated: November 19, 2009

Richard   J.   Mason,   P.C.,   not
individually but solely as the Chapter
7 Trustee of the above-captioned
Debtors.

By:___ */s/ Paul J. Catanese*___ ___
       One of his Attorneys

Richard J. Mason (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100

\9990347.4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **JII LIQUIDATING INC. f/k/a** | ) | **Chapter 7** |
| **JERNBERG INDUSTRIES, INC., JSI** | ) | **(Jointly Administered)** |
| **LIQUIDATING INC., f/k/a** | ) | |
| **JERNBERG SALES, INC., IM** | ) | **Case No. 05-25909** |
| **LIQUIDATING, LLC f/k/a IRON** | ) | |
| **MOUNTAIN INDUSTRIES LLC,** | ) | |
| | ) | **Honorable John H. Squires** |
| **Debtors.** | ) | |
| | ) | **Hearing Date:  December 10, 2009** |
| | ) | |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | |

## FINAL APPLICATION OF GOULD & PAKTER FOR ALLOWANCE OF COMPENSATION AS CONSULTANT TO THE TRUSTEE WITH RESPECT TO CERTAIN LITIGATION

Gould & Pakter Associates, LLC ("Gould & Pakter") consultant for Richard J. Mason, P.C., Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of JII Liquidating, Inc., f/k/a Jernberg Industries, Inc., JSI Liquidating, Inc. f/k/a Jernberg Sales, Inc. and IM Liquidating, LLC, f/k/a Iron Mountain Industries, LLC, submits this Final Application (the "Application") of Gould & Pakter for Allowance of Compensation as the Trustee's Consultant for Consulting Services (the "Applicable Services") related to certain litigation during the period from March 30, 2009, through July 11, 2009 (the "Compensation Period"). The Trustee requests the entry of an order allowing and authorizing payment of Compensation (the "Compensation") in the amount of $77,080.00 for services provided by Gould & Pakter as the Trustee's Consultant and rendering such compensation as final compensation, and in support thereof, respectfully states as follows:

\9990347.4

## Introduction

1.     This Motion constitutes a core proceeding under 28 U.S.C.
§§157(b)(2)(A), (F), and (O), and the Court has jurisdiction under 28 U.S.C. §§ 157 and
1334.

2.     Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

## Background

3.     The Debtors in these jointly administered bankruptcy estates are JII
Liquidating, Inc., f/k/a Jernberg Industries, Inc. ("Jernberg"), JSI Liquidating, Inc., f/k/a
Jernberg Sales, Inc. ("Sales") and IM Liquidating, LLC, f/k/a Iron Mountain Industries,
LLC ("Iron Mountain" and, with Jernberg and Sales, the "Debtors").

4.     On June 29, 2005 (the "Petition Date"), each of Jernberg, Sales and Iron
Mountain filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in
the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division
and their cases were assigned, respectively, case nos. 05-B-25909 (the "Jernberg Case"),
05-B-25910 (the "Sales Case") and 05-B-25912 (the "Iron Mountain Case").   The
Jernberg Case, the Sales Case and the Iron Mountain Case are being jointly administered
under the Jernberg Case number.

5.     On or about September 2005, the Bankruptcy Court approved a sale,
pursuant to 11 U.S.C. § 363 (the "363 Sale") of most of the Company Debtors' assets,
including their business records, to a third party purchaser, Haephestus Holdings, Inc.
("HHI"), and the sale was consummated shortly after entry of that order.

6.     Subsequently, the Jernberg Case, the Sales Case and the Iron Mountain
Case were converted to cases under chapter 7 of the Bankruptcy Code.

7.     On October 11, 2005, after the conversion of the Cases, the Trustee was
appointed.
\9990347.4

8.     The Trustee filed numerous adversary proceedings related to avoidable transactions, including an adversary proceeding captioned *Mason v. Republic Engineered Products, Inc.*, case number 07-A-0585 (the "Republic Adversary") against, among other parties, Republic Engineered Products, Inc. ("Republic") filed on or about June 25, 2007. The Republic Adversary contained certain counts relating to recovery of voidable preferences under 11 U.S.C. § 547.

9.     On April 16, 2009, the Trustee filed a motion (the "Retention Application")[1] **[Docket No. 1176]** to retain Gould & Pakter as the Trustee's consultant in relation to the preference component of the Trustee's litigation against Republic.

10.     The Trustee retained Gould & Pakter for two principle reasons:

(a)     The Debtors' records were no longer electronically available and its paper records did not agree with Republic's records, particularly with respect to the application of payments. Accordingly, the Trustee required Gould & Pakter's expertise to analyze this issue.

(b)     The Trustee required an accounting for purposes of responding to Republic's new value defense (which Mr. Tolerico, the Trustee's steel industry consultant, did not address at all) and to respond to the statistical analyses offered by Republic's expert regarding Republic's ordinary course of business defense.

11.     On April 28, 2009, the Court entered an Order **[Docket No. 1179]** authorizing the Trustee to retain Gould & Pakter as his consultant retroactive to March 30, 2009.

12.     Pursuant to an Amended Final Pre-Trial Order, a trial in the Republic Adversary was set for July 13, 2009.

---

[1] The motion is titled "Trustee's Motion for Entry of an Order (I) Authorizing the Trustee to Employ Gould & Pakter as the Trustee's Consultant with Respect to Certain Pending Litigation; (II) Approving the Terms of Such Retention; and (III) Granting Related Relief."

13.     On July 17, 2009, the Trustee filed a Motion to compromise and settle the Republic Adversary (the "Motion to Compromise"). **[Docket No. 1182].**

14.     On August 6, 2009, the Court held a hearing on the Motion to Compromise and entered an order approving the Motion to Compromise. **[Docket No. 1184].**

15.     Under the terms of the settlement, among other things, Republic paid $2,175,000 to the Estate, waived and released a pre-petition claim in excess of $14 million, and waived a reclamation demand of $1,151,607.

16.     There is currently approximately $4,457,000 in the Debtors' bankruptcy estates.

### Relief Requested

17.     Through this Application, Gould & Pakter seeks entry of an order, pursuant to sections 330 of the Bankruptcy Code, approving and authorizing payment of the Compensation in the amount of $77,080.00 during the approximately 14-week Compensation Period and rendering such compensation as final compensation.

### Nature of Services Provided by Gould & Pakter

18.     All of the services performed by Gould & Pakter for which compensation is being sought were performed for and on behalf of the Trustee.

19.     This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

20.     In accordance with section 330 of the Bankruptcy Code, Gould & Pakter has represented to the Trustee that the amount of fees is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services

rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21.    During the Compensation Period and as a general summary of the services provided, Gould & Pakter: (i) drafted an expert "new value" report (the "Report") which included (a) a comparative analysis of the new value analyses prepared by counsel for the Trustee with that of counsel for Republic and reconciled the differences between the two and (b) calculated and analyzed the number of days outstanding between the date of Republic's invoice to the date of the Debtors' payment for that invoice to support the Trustee's preference claims against Republic; (ii) reviewed and responded to the report of Republic's expert, Glenn Sheets; and (iii) prepared for the deposition of Michael Pakter in relation to the Report. The amount of time devoted to the review, analysis, and response to the expert report of the Defendant Republic was unusually large because Defendant's expert employed a highly unorthodox method of proving ordinary course focusing on the "weighted average" of outstanding invoices for each day during the preference period rather than the lag time between invoice and payment. The Trustee could find very limited authority addressing such a theory.

22.    Gould & Pakter voluntarily waived the billing of certain services performed as consultant to the Trustee including (i) all of Gould & Pakter's out-of-pocket reimbursable expenses; (ii) several line items for individual time keepers; (iii) several line items related to Gould & Pakter's analysis of the report of Glenn Sheets; (iii) all time spent prior to the Court's approval of Gould & Pakter's employment on March 30, 2009; and (iv) case administration and management, including time spent on Gould & Pakter's detailed time reports. The Trustee estimates that the value of such waived fees and expenses was approximately $20,728.

23.    The following chart is a brief overview of the services provided by Gould & Pakter listing the approximate hours expended and the approximate value of those services.

| Nature of Services | Approximate Hours | Approximant Value |
|---|---|---|
| Case administration and management | 0.0 | $0 |
| Preparation of the Report regarding new value and related analysis | 78.1 | $16,192.00 |
| Preparing separate calculation of days from invoice date to payment of invoice and related analysis | 73.2 | $8,984.00 |
| Review, Analysis, and Response to the Report of Glenn Sheets | 161.3 | $35,024.00 |
| Preparation for Deposition | 58.7 | $16,880.00 |
| **Totals** | 371.3 | $77,080.00 |

24.    A general summary of the services provided by Gould & Pakter to the Trustee during the Compensation Period, includes but is not limited to:

(a)    <u>Case administration</u>: During the Compensation Period, Gould & Pakter provided general administrative services related to its retention as consultant to the Trustee.  As noted above, Gould & Pakter waived billing of all line items related to case administration and management.  **Total Compensation Sought: $0.00**

(b)    <u>Preparation of the Report regarding new value and related analysis</u>: During the Compensation Period, Gould & Pakter (i) reviewed and analyzed the new value analyses created by counsel for the Trustee and counsel for Republic; (ii) met with counsel for the Trustee to discuss the new value reports; and (iii) drafted a report

analyzing the Debtors' transfers during the preference period to Republic. **Total Compensation Sought: $16,192.00**

(c)    <u>Calculation of days from invoice date to payment of invoice and related analysis</u>: During the Compensation Period Gould & Pakter reviewed the number of days from the issuance of an invoice by Republic to the payment of the invoice by the Debtors both before and during the preference period and created an analysis of the same. **Total Compensation Sought: $8,984.00**

(d)    <u>Review, Analysis, and Response to the Report of Glenn Sheets</u>: During the Compensation Period Gould and Pakter: (i) reviewed the report of Glenn Sheets ("Sheets"), Republic's expert witness in relation to Republic's defenses to the Trustee's preference claims; (ii) discussed Sheets's report with counsel for the Trustee; (iii) analyzed Sheets's methodology used for calculating the average number of days from Republic's invoice to Jernberg's payment of that invoice; (iv) reviewed the accepted methods for calculating average days from invoice to payment; (v) researched the average number of days from invoice to payment for Jernberg's industry and Republic's industry; and (vi) drafted a report responding and critiquing Sheets's report and the methodology and analyses contained therein. **Total Compensation Sought: $35,024.00**

(e)    <u>Preparation for Deposition</u>[2]: During the Compensation Period, Gould & Pakter provided services to the Trustee in relation to the preparation of the deposition of Michael Pakter ("Mr. Pakter") which included: (i) preparing for Mr. Pakter's deposition which required reviewing Gould & Pakter's reports and reviewing Sheets's report and related documents contained in Sheets's trial binders; (ii) reviewing various documents produced by Jernberg and Republic relating to payments and

---

[2] Counsel for Republic ultimately cancelled the deposition of Michael Pakter due to the settlement with the Trustee.

7

shipments between the parties; and (iii) reviewing transcripts of depositions of certain Republic personnel.    **Total Compensation Sought: $16,880.00**

25.    All of the services provided by Gould & Pakter, including all fees charged, are described in the invoice attached hereto as Exhibit A.

26.    All of the services summarized above were reasonably necessary in order that the interest of the estate and its creditors be adequately represented and defended and to maximize the recovery of the estate and its creditors.

### Computation of Compensation

27.    The services performed by Gould & Pakter during the Compensation Period required a total time expenditure of approximately 371.3 hours. The services for which Gould & Pakter is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which Gould & Pakter is seeking compensation, the time spent on such services and the cost of comparable services other than in case under the Bankruptcy Code, such services have a value of not less than $77,080.00.

28.    The rates charged by Gould & Pakter in providing services to the estate is set forth as follows:

| Name | Title | Total Hours | Rate ($/hour) | Total Value |
|---|---|---|---|---|
| M. Pakter | Member | 135.5 | $320.00 | $43,360.00 |
| L. Gould | Member | 5.9 | $320.00 | $1,888.00 |
| A. Katzenstein | Associate | 128.5 | $160.00 | $20,560.00 |
| K. Czerak | Associate | 22.0 | $160.00 | $3,520.00 |
| D. Talpa | Associate | 14.5 | $160.00 | $2,320.00 |
| A. Smith-Jordan | Adminstrative Assistant | 16.9 | $80.00 | $1,352.00 |
| K. Rozzi | Adminstrative Assistant | 30.4 | $80.00 | $2,432.00 |
| J. Pakter | Adminstrative Assistant | 17.6 | $80.00 | $1,648.00 |
| **Total** | | 371.3 | | **$77,080.00** |

8

**Notice**

29.    Sections 330 of the Bankruptcy Code require notice and a hearing before any action on this Application.    The Trustee has mailed a copy of the notice (the "Notice") of this Application to (i) the creditors of the Debtor's estate, (ii) the United States Trustee, and (iii) those parties who have requested receipt of pleadings in these cases pursuant to Federal Rule of Bankruptcy Procedure 2002.    A copy of the Notice is attached hereto as Exhibit B.    Since the foregoing parties have been the most active in these cases, the Trustee requests that the Court determine that such notice is adequate and appropriate under the circumstances.    Additionally, a complete copy of this application with all supporting exhibits has been served electronically on all parties receiving electronic notices from the Court pursuant to the Court's electronic filing system (a/k/a ECF).    McGuireWoods will make copies of this Application and all supporting documentation available to any party in interest that submits a written request via regular mail to Paul J. Catanese at McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601; via facsimile at (312) 920-3697; or via electronic mail at pcatanese@mcguirewoods.com.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Trustee respectfully requests this Court to enter an order:

A.    Granting this Motion;

B.    Allowing Gould & Pakter Compensation in the amount of $77,080.00 and rendering the Compensation as final;

C.    Granting the Trustee such further relief as the Court deems just and proper.

Dated:  November 19, 2009

By___/s/ *Paul J. Catanese*_____
*One of the Attorneys for Richard J. Mason, Trustee*

Richard J. Mason (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312)849-8100

10