UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: JII Liquidating, Inc. | § | Case No. 05 B 25909-JHS |
| | § | |
| f/k/a Jernberg Industries, Inc. | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 12/22/2011 in Courtroom 680, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/22/2011          By: /s/ Richard J. Mason
                                              Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JII Liquidating, Inc. § Case No. 05 B 25909-JHS
§
f/k/a Jernberg Industries, Inc. §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,040,389.85 |
| and approved disbursements of | $ 5,228,827.28 |
| leaving a balance on hand of [1] | $ 2,811,562.57 |
| **Balance on hand:** | $ 2,811,562.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,811,562.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard J. Mason, Trustee | 251,713.00 | 106,999.50 | 144,713.50 |
| Trustee, Expenses - Richard J. Mason, Trustee | 3,900.00 | 0.00 | 3,900.00 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 82,384.50 | 0.00 | 82,384.50 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 2,726.70 | 0.00 | 2,726.70 |
| Other Fees: Maxwell Law Group, LLC | 23,228.50 | 0.00 | 23,228.50 |
| Other Expenses: Maxwell Law Group, LLC | 92.33 | 0.00 | 92.33 |

Total to be paid for chapter 7 administration expenses: $ 257,045.53
Remaining balance: $ 2,554,517.04

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,554,517.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $146,425.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| PRIORITY | Illinois Secretary of State | 122.20 | 122.20 | 0.00 |
| PRIORITY | Department of Treasury/Revenue/AG | 1,999.05 | 1,999.05 | 0.00 |
| PRIORITY | Pension Benefit Guaranty Corporation | 144,064.00 | 144,064.00 | 0.00 |
| PRIORITY | CT Corporation | 240.00 | 240.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,554,517.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,103,875.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| IML0003 | Jackson-Hirsch, Inc. | 443.50 | 0.00 | 66.25 |
| IML0007 | Mercyworks Occupational Medicine | 684.11 | 0.00 | 102.17 |
| IML0008 | Gordon Bros. Steel Warehouse | 4,351.63 | 0.00 | 649.93 |
| IML0010 | Cherokee Chemical Co., Inc. d/b/a C.C.I | 25,608.00 | 0.00 | 3,824.63 |
| IML0011 | H-O-H Chemicals, Inc. | 3,393.89 | 0.00 | 506.89 |
| IML0012 | Hy-Test Shoe Service | 291.54 | 0.00 | 43.54 |
| IML0023 | Newelco Uskide | 736.80 | 0.00 | 110.04 |
| IML0027 | Sumitomo Heavy Industries, Ltd. | 328,221.51 | 0.00 | 49,020.90 |

**UST Form 101-7-NFR (10/1/2010)**

| ID | Name | Amount | | |
|---|---|---|---|---|
| IML0031 | Visteon Corporation | 750,000.00 | 0.00 | 112,014.84 |
| IML0032 | Wheelabrator | 8,536.78 | 0.00 | 1,274.99 |
| IML0033 | Yuma Industries Inc. | 3,856.07 | 0.00 | 575.92 |
| IML0037 | Nagle Pump | 3,481.00 | 0.00 | 519.90 |
| IML0038 | Forth Person | 120.00 | 0.00 | 17.92 |
| IML0039 | Couglin Logistics | 33,036.50 | 0.00 | 4,934.10 |
| IML0040 | Filter Services Illinois | 1,606.90 | 0.00 | 240.00 |
| IML0044 | Occupational Health Centers of the Southwest P.A. | 179.00 | 0.00 | 26.73 |
| IML0047 | Newark In One | 568.51 | 0.00 | 84.91 |
| IML0055 | Delano Conveyor | 4,670.85 | 0.00 | 697.61 |
| IML0056 | Breen'S Uniform Rental | 5,373.50 | 0.00 | 802.55 |
| IML0058 | Hilti Inc. | 656.07 | 0.00 | 97.99 |
| IML0060 | Wirtz Rentals Co. | 257.45 | 0.00 | 38.45 |
| IML0061 | Boncosky Oil Co. | 4,572.98 | 0.00 | 682.99 |
| IML0062 | Electro Kinectics, Inc. | 346.97 | 0.00 | 51.82 |
| IML0070 | Universal Am-Can Ltd. | 750.00 | 0.00 | 112.01 |
| IML0077 | Management Consulting Services | 200.00 | 0.00 | 29.87 |
| IML0081 | J&M Fence | 8,713.00 | 0.00 | 1,301.31 |
| IML0082 | Corporate Express Office Products, Inc. | 321.84 | 0.00 | 48.07 |
| IML0084 | A-1 Air Compressor Corp. | 250.15 | 0.00 | 37.36 |
| IML0085 | Wisco | 3,527.68 | 0.00 | 526.87 |
| JII0008 | Roadway Express, Inc. | 7,210.39 | 0.00 | 1,076.89 |
| JII0015 | Zep Manufacturing Company | 1,119.69 | 0.00 | 167.23 |
| JII0016 | United Parcel Service | 346.57 | 0.00 | 51.76 |
| JII0021 | Sentry Insurance a Mutual Company | 423,466.02 | 0.00 | 63,245.97 |
| JII0022 | Entrust Tool & Design Co., Inc. | 129,748.50 | 0.00 | 19,378.34 |
| JII0026 | Ace Delivery Service Inc. | 10,544.30 | 0.00 | 1,574.82 |
| JII0028 | Air Resources, Incorporated | 323.75 | 0.00 | 48.35 |
| JII0029 | Alliance Broach and Tool | 12,535.50 | 0.00 | 1,872.22 |
| JII0030 | Associated Spring Raymond | 681.15 | 0.00 | 101.73 |
| JII0032 | Bliss Clearing Niagra Inc | 566.00 | 0.00 | 84.53 |
| JII0034 | Broadwing Communications Corporation f/k/a Focal Communicati | 7,394.56 | 0.00 | 1,104.40 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| JII0040 | Con-Way Transportation | 2,634.00 | 0.00 | 392.95 |
| JII0042 | Durum USA | 88,110.00 | 0.00 | 13,159.50 |
| JII0043 | Enco Manufacturing Company, Inc. | 327.32 | 0.00 | 48.89 |
| JII0044 | Englewood Electrical Supply | 9,035.41 | 0.00 | 1,349.47 |
| JII0046 | Fisher Scientific | 371.11 | 0.00 | 55.43 |
| JII0047 | Fluke Electronics | 99.00 | 0.00 | 14.79 |
| JII0051 | Great American Insurance | 18,000.00 | 0.00 | 2,688.36 |
| JII0052 | H-O-H Chemicals, Inc. | 3,616.98 | 0.00 | 540.21 |
| JII0053 | Hy-Test Safety Shoe Service | 5,823.58 | 0.00 | 869.77 |
| JII0054 | ITP Styli, LLC | 61.71 | 0.00 | 9.22 |
| JII0058 | Jackson-Hirsch, Inc. | 1,022.92 | 0.00 | 152.78 |
| JII0060 | Konematic, Inc., d/b/a Door Systems | 6,200.00 | 0.00 | 925.99 |
| JII0063 | Leco Corporation | 2,009.13 | 0.00 | 300.07 |
| JII0065 | MSC Industrial Supply Co. | 2,373.68 | 0.00 | 354.52 |
| JII0066 | Marvin Keller Trucking, Inc. | 5,450.60 | 0.00 | 814.06 |
| JII0067 | McCann Industries, Inc. | 221.37 | 0.00 | 33.06 |
| JII0068 | McMaster Carr Supply Co. | 51,177.75 | 0.00 | 7,643.56 |
| JII0069 | Metropolitan Water Reclamation District of Greater Chicago | 39,431.47 | 0.00 | 5,889.21 |
| JII0072 | Newark InOne | 6,543.44 | 0.00 | 977.28 |
| JII0075 | Pac Van, Inc. | 2,804.00 | 0.00 | 418.79 |
| JII0076 | Prime Office Products | 659.62 | 0.00 | 98.52 |
| JII0078 | Regol-G Special Steel Services, Inc. | 45,603.51 | 0.00 | 6,811.03 |
| JII0081 | Save-A-Life, Inc. | 1,350.00 | 0.00 | 201.63 |
| JII0082 | Sterling Commerce Americas, Inc. | 2,180.15 | 0.00 | 325.61 |
| JII0086 | The Cornerstone Energy Group, Inc. | 41,798.00 | 0.00 | 6,242.66 |
| JII0087 | The Standard Company | 3,786.21 | 0.00 | 565.48 |
| JII0090 | Toyota Motor Manufacturing North America, Inc., individually | 150,000.00 | 0.00 | 22,402.97 |
| JII0095 | Wheelabrator | 19,304.48 | 0.00 | 2,883.18 |
| JII0097 | Yuma Industries, Inc. | 6,423.12 | 0.00 | 959.31 |
| JII0100 | FedEx Custom Critical | 2,795.53 | 0.00 | 417.52 |
| JII0102 | Bohler Tyssen Welding USA, Inc. | 91,227.62 | 0.00 | 13,625.13 |
| JII0103 | Sterling Commerce Americas, Inc. | 781.11 | 0.00 | 116.66 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| JII0104 | Praxair Distribution | 409.19 | 0.00 | 61.26 |
| JII0107 | Praxair Inc. | 8,286.20 | 0.00 | 1,237.57 |
| JII0108 | Midwest Converters, Inc. | 3,540.00 | 0.00 | 528.71 |
| JII0109 | Metric & Multistandard Components | 92.80 | 0.00 | 13.86 |
| JII0110 | Stockyards Hardware | 4,585.05 | 0.00 | 684.79 |
| JII0111 | Xerox Corporation % Xerox Capital Services LLC | 19,545.86 | 0.00 | 2,919.24 |
| JII0114 | Illinois Bell Telephone Company, Inc | 677.30 | 0.00 | 101.16 |
| JII0115 | Citibank (USA) N.A. | 4,636.06 | 0.00 | 692.41 |
| JII0116 | Williams Scotsman, Inc. | 3,052.44 | 0.00 | 455.89 |
| JII0117 | Alliance Mfg., Inc. | 567.41 | 0.00 | 84.74 |
| JII0119 | McDaniel Fire Systems | 1,190.00 | 0.00 | 177.73 |
| JII0120 | High Psi Ltd. | 244.67 | 0.00 | 36.54 |
| JII0121 | Quality Hydraulics | 1,201.93 | 0.00 | 179.51 |
| JII0124 | Illinois Crane, Inc. | 1,091.42 | 0.00 | 163.01 |
| JII0125 | Pneumatic Techniques, Inc. | 3,294.96 | 0.00 | 492.11 |
| JII0126 | Supreme Coffee Service Co. | 1,330.12 | 0.00 | 198.66 |
| JII0129 | Kiser Controls Co. | 4,315.42 | 0.00 | 644.52 |
| JII0134 | ITP Styli, LLC | 61.71 | 0.00 | 9.22 |
| JII0136 | The Minister Machine Company | 444.54 | 0.00 | 66.39 |
| JII0137 | Flow Products, Inc. | 2,176.08 | 0.00 | 325.00 |
| JII0139 | Occupational Health Center of the Southwest | 2,937.50 | 0.00 | 438.72 |
| JII0141 | Truckomat Corporation | 3,259.22 | 0.00 | 486.77 |
| JII0142 | Wirtz Rentals Co. | 2,301.76 | 0.00 | 343.78 |
| JII0143 | Macmillin Hydraulic Engineering | 5,215.42 | 0.00 | 778.94 |
| JII0144 | Naylor Automotive Engineering | 13,057.26 | 0.00 | 1,950.14 |
| JII0146 | Consolidated Plastic Co. | 1,205.85 | 0.00 | 180.10 |
| JII0147 | Warehouse Direct | 2,786.15 | 0.00 | 416.12 |
| JII0148 | Rex Radiator & Welding Co. | 340.00 | 0.00 | 50.78 |
| JII0149 | Gordon Bros. Steel Warehouse | 4,351.63 | 0.00 | 649.93 |
| JII0151 | Chicago Air Power | 448.24 | 0.00 | 66.95 |
| JII0152 | National Waste/Allied Waste Service | 2,764.47 | 0.00 | 412.88 |
| JII0153 | Tenaxol, Inc. | 769.50 | 0.00 | 114.93 |
| JII0154 | Pomp'S Tires Service, Inc. | 2,068.38 | 0.00 | 308.92 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| JII0155 | Rotating Equipment Specialists, LLC | 2,325.00 | 0.00 | 347.25 |
| JII0156 | Fairfield Industrial Sales | 848.49 | 0.00 | 126.72 |
| JII0158 | Donaldson Co. | 2,656.97 | 0.00 | 396.83 |
| JII0159 | Circle System, Inc. | 997.60 | 0.00 | 148.99 |
| JII0160 | Freeway Ford Truck Sales Inc. | 3,414.38 | 0.00 | 509.95 |
| JII0161 | National Waste/Allied Waste Service | 24,162.27 | 0.00 | 3,608.71 |
| JII0162 | Pro Trans International, Inc. | 13,704.51 | 0.00 | 2,046.81 |
| JII0163 | Occupational Health Center of the Southwest | 470.50 | 0.00 | 70.27 |
| JII0170 | Ase Industries, Inc. | 1,118.95 | 0.00 | 167.12 |
| JII0180 | Vektek, Inc. | 391.46 | 0.00 | 58.47 |
| JII0186 | Intermet Decatur Foundry | 1,383,009.00 | 0.00 | 206,556.70 |
| JII0187 | Omega Castings, Inc. | 7,193.00 | 0.00 | 1,074.30 |
| JII0188 | Ohio Semitronics, Inc. | 738.52 | 0.00 | 110.30 |
| JII0190 | Deublin Company | 210.00 | 0.00 | 31.36 |
| JII0192 | National Machinery LLC | 1,354.91 | 0.00 | 202.36 |
| JII0193 | Talx Corporation | 557.81 | 0.00 | 83.31 |
| JII0194 | Superior Industrial Supply Co. | 11,907.54 | 0.00 | 1,778.43 |
| JII0195 | Mutual Truck Parts Co., Inc. | 953.60 | 0.00 | 142.42 |
| JII0196 | Nationwide Gage Calibration, Inc. | 3,916.34 | 0.00 | 584.92 |
| JII0198 | Harney Partners, LLC | 3,750.00 | 0.00 | 560.07 |
| JII0200 | Tuxedo Junction, Inc. | 2,994.52 | 0.00 | 447.24 |
| JII0201 | Solar Automotive | 3,082.42 | 0.00 | 460.37 |
| JII0202 | Siemens Energy & Automation, Inc. | 3,985.00 | 0.00 | 595.17 |
| JII0203 | National City Leasing Corporation | 105,660.75 | 0.00 | 15,780.76 |
| JII0204 | USF Holland Inc. | 4,750.21 | 0.00 | 709.46 |
| JII0205 | North Pneumatic Tool Co. | 278.83 | 0.00 | 41.64 |
| JII0207 | Concorde Laboratories, Inc. | 30,669.39 | 0.00 | 4,580.57 |
| JII0208 | Miami Optical | 455.00 | 0.00 | 67.96 |
| JII0209 | Travers Tool Co., Inc. | 92.23 | 0.00 | 13.77 |
| JII0211 | M.P. Iding Co., Inc. | 35,575.17 | 0.00 | 5,313.26 |
| JII0212 | Admiral Steel Corp | 412.38 | 0.00 | 61.59 |
| JII0213 | Black River Computers | 1,282.33 | 0.00 | 191.52 |
| JII0214 | John J. Moroney And Co. | 1,235.72 | 0.00 | 184.56 |
| JII0215 | Arch Wireless | 133.89 | 0.00 | 20.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| JII0216 | UGS Corp. | 2,737.92 | 0.00 | 408.92 |
| JII0217 | Newelco Uskside | 3,374.80 | 0.00 | 504.04 |
| JII0218 | Ritter Engineering Company | 6,008.22 | 0.00 | 897.35 |
| JII0219 | Mid-America Propane Company | 959.54 | 0.00 | 143.31 |
| JII0220 | Electro Kinetic, Inc. | 12,225.48 | 0.00 | 1,825.91 |
| JII0222 | Cincinnati Tool Co. | 2,468.75 | 0.00 | 368.72 |
| JII0223 | Meters and Controls Inc. | 1,496.49 | 0.00 | 223.51 |
| JII0224 | Norman Equipment Co., Inc. | 311.12 | 0.00 | 46.47 |
| JII0225 | R.S. Hughes Company Inc. | 558.12 | 0.00 | 83.36 |
| JII0227 | Midway Truck Parts, Inc. | 516.67 | 0.00 | 77.17 |
| JII0228 | GE Capital Modular Space Transport International Pool | 491.27 | 0.00 | 73.37 |
| JII0229 | De Lage Landen Financial Services, Inc. | 12,185.40 | 0.00 | 1,819.93 |
| JII0230 | Emery Enterprises | 1,210.91 | 0.00 | 180.85 |
| JII0232 | Lubrico, Inc. | 7,296.03 | 0.00 | 1,089.68 |
| JII0233 | Waste Management | 649.04 | 0.00 | 96.94 |
| JII0234 | Griffard Kenneth P. | 5,000.00 | 0.00 | 746.77 |
| JII0235 | Premium Assignment Corp. | 144,367.00 | 0.00 | 21,561.66 |
| JII0236 | Pension Benefit Guranty Corporation | 1,208,478.00 | 0.00 | 180,489.95 |
| JII0237 | Pension Benefit Guranty Corporation | 111,305.00 | 0.00 | 16,623.75 |
| JII0238 | Pension Benefit Guranty Corporation | 9,551,313.00 | 0.00 | 1,426,518.35 |
| JII0239 | Breen'S Uniform Rental | 13,608.90 | 0.00 | 2,032.53 |
| JII0240 | Travers Tool Co., Inc. | 92.23 | 0.00 | 13.77 |
| JII0241 | Sautter Patrick J | 8,002.50 | 0.00 | 1,195.20 |
| JII0244 | Breen'S Uniform Rental | 5,755.85 | 0.00 | 859.65 |
| JII0245 | CRST Malone Inc. | 584.95 | 0.00 | 87.36 |
| JII0246 | General Electric Capital Corporation | 1,000,000.00 | 0.00 | 149,353.12 |
| JII0259 | Ryerson & Sons, Inc., Joseph T. | 2,441.51 | 0.00 | 364.65 |
| JII0260 | Wausau Insurance Company | 2,075.00 | 0.00 | 309.91 |
| JII0261 | Wisco | 45,427.00 | 0.00 | 6,784.66 |
| JII0265 | Edm Zap Parts Inc. | 413.00 | 0.00 | 61.68 |
| JII0266 | Concorde Laboratories, Inc. | 30,669.39 | 0.00 | 4,580.57 |
| JII0270 | Department of Treasury-IRS | 30,272.04 | 0.00 | 4,521.22 |
| JII0277 | Zurich American Insurance Co. | 370,200.00 | 0.00 | 55,290.52 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| JII0279 | EFCO, Inc. d/b/a Erie Press Systems | 3,000.80 | 0.00 | 746.77 |
| JII0280 | Houghton International Inc. | 4,661.26 | 0.00 | 696.17 |
| JSI0011 | Conrad & Son | 492.47 | 0.00 | 73.55 |
| JSI0012 | Chicago Nut & Bolt | 5,836.06 | 0.00 | 871.63 |
| JSI0014 | Dreisilker Electric Motors Inc. | 3,095.00 | 0.00 | 462.25 |
| JSI0015 | Temp Control Inc. | 5,687.11 | 0.00 | 849.39 |
| JSI0017 | Ok Safety | 230.40 | 0.00 | 34.41 |
| JSI0018 | Ok Safety | 930.80 | 0.00 | 139.02 |
| JSI0019 | Ok Safety | 444.75 | 0.00 | 66.42 |
| JSI0020 | Ok Safety | 415.65 | 0.00 | 62.08 |
| JSI0022 | Ok Safety | 18.45 | 0.00 | 2.76 |
| JSI0023 | Ok Safety | 1,044.55 | 0.00 | 156.01 |
| JSI0024 | Ok Safety | 15.20 | 0.00 | 2.27 |
| JSI0025 | Ok Safety | 474.29 | 0.00 | 70.84 |
| JSI0026 | Ok Safety | 43.65 | 0.00 | 6.52 |
| JSI0027 | Ok Safety | 1,061.95 | 0.00 | 158.61 |
| JSI0028 | Ok Safety | 109.20 | 0.00 | 16.31 |
| JSI0029 | Ase Industries | 1,525.00 | 0.00 | 227.76 |
| JSI0030 | Ok Safety | 1,059.75 | 0.00 | 158.28 |
| JSI0032 | Ok Safety | 25.20 | 0.00 | 3.76 |
| JSI0033 | Ok Safety | 86.40 | 0.00 | 12.90 |
| JSI0034 | Ok Safety | 64.80 | 0.00 | 9.68 |
| JSI0035 | Peters & Associates | 1,200.00 | 0.00 | 179.22 |
| JSI0037 | United Lift Truck | 25,069.54 | 0.00 | 3,744.21 |
| JSI0040 | Mahr Federal Products | 605.00 | 0.00 | 90.36 |
| JSI0041 | Avis | 1,493.91 | 0.00 | 223.12 |
| JSI0042 | Digi-Key Corporation | 508.83 | 0.00 | 76.00 |
| JSI0043 | Industrial Appraisal Company | 1,385.00 | 0.00 | 206.85 |
| JSI0050 | Rock Valley Oil & Chemical | 5,896.16 | 0.00 | 880.61 |
| JSI0051 | Savaglio Brothers, Inc. | 11,196.22 | 0.00 | 1,672.19 |
| JSI0052 | Chesterston A.W. | 3,315.94 | 0.00 | 495.25 |
| JSI0053 | Management Consulting Services | 1,103.50 | 0.00 | 164.81 |
| JSI0054 | United Recycling | 115.20 | 0.00 | 17.21 |
| JSI0055 | Carco Incorporated | 98.92 | 0.00 | 14.77 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| JSI0056 | Eclispe Combustion | 1,881.35 | 0.00 | 281.66 |
| JSI0058 | Foerster Systems Division | 6,250.00 | 0.00 | 933.46 |
| JSI0060 | Robinson Industries, Inc. | 23,450.00 | 0.00 | 3,502.33 |
| JSI0061 | R & L Carriers | 5,919.17 | 0.00 | 884.05 |
| JSI0062 | One Source Supply | 20,143.11 | 0.00 | 3,008.44 |
| JSI0063 | Beau Industries | 3,462.00 | 0.00 | 517.06 |
| JSI0065 | Industrial Maintenance, Welding | 10,250.00 | 0.00 | 1,530.87 |
| JSI0068 | Pillar Industries | 3,863.03 | 0.00 | 576.96 |
| JSI0070 | Robert'S Electric Co. | 989.08 | 0.00 | 147.72 |
| JSI0071 | Mid-America Propane Company | 65,660.66 | 0.00 | 9,806.62 |
| JSI0073 | Tanis Inc. | 6,904.00 | 0.00 | 1,031.13 |
| JSI0077 | Cameron | 1,540.40 | 0.00 | 230.06 |
| JSI0078 | Suburban Optometric Group | 240.00 | 0.00 | 35.84 |
| JSI0079 | Lansing Forge, Inc. | 13,903.65 | 0.00 | 2,076.55 |
| JSI0080 | Wm. Wright & Associates, Inc. | 5,230.00 | 0.00 | 781.12 |
| JSI0081 | Iesco Inc. | 2,940.00 | 0.00 | 439.10 |
| JSI0082 | Stepp Equipment Co. | 125.00 | 0.00 | 18.67 |
| JSI0083 | Fire Equipment Co. | 4,933.26 | 0.00 | 736.80 |
| JSI0084 | Magnacheck | 973.75 | 0.00 | 145.43 |
| JSI0085 | Inland Industrial Electric Service Co. | 8,481.32 | 0.00 | 1,266.71 |
| JSI0086 | Lance Gypsum & Lime Products | 145.60 | 0.00 | 21.75 |
| JSI0088 | Crucible Service Center | 8,290.39 | 0.00 | 1,238.20 |
| JSI0089 | Fanuc America | 6,889.99 | 0.00 | 1,029.04 |
| JSI0090 | Magnaflux | 14,026.19 | 0.00 | 2,094.86 |
| JSI0094 | Advance Fire & Safety | 568.97 | 0.00 | 84.98 |
| JSI0095 | Ok Safety | 582.40 | 0.00 | 86.98 |
| JSI0097 | Ok Safety | 797.60 | 0.00 | 119.12 |
| JSI0098 | Ok Safety | 901.20 | 0.00 | 134.60 |
| JSI0099 | Ok Safety | 338.60 | 0.00 | 50.57 |
| JSI0100 | H.R. Direct | 132.96 | 0.00 | 19.86 |
| JSI0101 | Ok Safety | 72.75 | 0.00 | 10.87 |
| JSI0102 | Ok Safety | 736.10 | 0.00 | 109.94 |
| JSI0103 | Ok Safety | 262.80 | 0.00 | 39.25 |
| JSI0104 | Ok Safety | 1,300.14 | 0.00 | 194.18 |

| JSI0105 | Ok Safety | 126.30 | 0.00 | 18.88 |
|---|---|---:|---:|---:|
| JSI0106 | Ok Safety | 28.70 | 0.00 | 4.29 |
| JSI0107 | Ok Safety | 223.20 | 0.00 | 33.34 |
| JSI0108 | Ok Safety | 218.25 | 0.00 | 32.60 |
| JSI0109 | Ok Safety | 1,039.90 | 0.00 | 155.31 |
| JSI0111 | Ok Safety | 32.40 | 0.00 | 4.84 |
| JSI0112 | Ok Safety | 870.55 | 0.00 | 130.02 |
| JSI0114 | Ok Safety | 1,036.55 | 0.00 | 154.81 |
| JSI0115 | Ok Safety | 893.60 | 0.00 | 133.46 |
| JSI0118 | Key Bellevilles, Inc. | 235.45 | 0.00 | 35.17 |
| JSI0121 | Bradley Supply Co. | 20,101.63 | 0.00 | 3,002.24 |
| JSI0122 | Transport Trailer Inc. | 11,445.25 | 0.00 | 1,709.38 |
| JSI0123 | Great Lakes Distributing, Inc. | 128.17 | 0.00 | 19.14 |
| JSI0124 | Flakt Fan Group | 1,166.00 | 0.00 | 174.15 |
| JSI0125 | Hunterdon Transformer Co. | 4,511.00 | 0.00 | 673.73 |
| JSI0126 | Lee Lumber N/A | 2,369.02 | 0.00 | 353.82 |
| JSI0127 | Forgings Industry Association | 2,312.00 | 0.00 | 345.30 |
| JSI0129 | Comptorgage Corporation | 255.78 | 0.00 | 38.20 |
| JSI0130 | Central Steel & Wire Co. | 1,232.69 | 0.00 | 184.11 |
| JSI0133 | Industrial Fluid Systems | 1,580.34 | 0.00 | 236.03 |
| JSI0134 | Stephen Bader & Co., Inc. | 1,777.49 | 0.00 | 265.47 |
| JSI0137 | R.S. Hughs Co., Inc. | 6,516.36 | 0.00 | 973.24 |
| JSI0139 | Hauck Manufacturing Co. | 328.38 | 0.00 | 49.04 |

Total to be paid for timely general unsecured claims:   $   2,554,517.04

Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**