UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JII LIQUIDATING, INC. f/k/a | ) | Case No. 05-25909 |
| JERNBERG INDUSTRIES, INC.; JSI | ) | (Jointly Administered) |
| LIQUIDATING, INC. f/k/a JERNBERG | ) | |
| SALES, INC; and | ) | Bankruptcy Judge John H. Squires |
| IM LIQUIDATING, LLC f/k/a IRON | ) | |
| MOUNTAIN INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the following documents to be served upon those parties on the attached Service List via first-class United States mail, proper postage prepaid and affixed thereto this 22nd day of November 2011:

1)    Notice of the Final Application of Andrew J. Maxwell and the Maxwell Law Group, LLP, Counsel to the Trustee, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1352];

2)    Notice of the Final Application of McGuireWoods LLP, Counsel to the Trustee, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1353]

3)    Notice of the Final Application of Richard J. Mason, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1354];

4)    Trustee's Final Report [Docket No. 1355]; and

5)    Notice of Trustee's Final Report and Applications for Compensation [Docket No. 1356].

                                             /s/ Paul J. Catanese

Dated: November 22, 2011         RICHARD J. MASON, Trustee of the
                                 Bankruptcy Estates of JII Liquidating Inc.
                                 f/k/a Jernberg Industries, Inc., f/k/a JSI
                                 Liquidating Inc., f/k/a Jernberg Sales, Inc.,
                                 IM Liquidating, LLC f/k/a Iron Mountain, Industries LLC

## SERVICE LIST

Thomas V. Askounis, Esq.
Askounis & Darcy
401 N. Michigan Ave.
Suite 550
Chicago, IL 60601
FAX: 312/784-2410
taskounis@askborst.com

Associate Area
Counsel SB SE
Internal Revenue Service
200 W. Adams Street
Suite 2300
Chicago, IL 60605-9244
FAX: 312-368-8710

Carson Fischer PLC
Joseph M. Fischer
4111 Andover Road
West Bldg. 2nd Floor
Bloomfield Hills, MI 48302
PHONE: 248-644-4840
FAX: 248-644-1832
jfischer@carsonfischer.com

Edmond M. Burke
Joshua S. Hyman
Chuhak & Tecson PC
30 South Wacker Drive
Suite 2600
Chicago, IL 60606
FAX: 312-444-9027
eburke@chuhak.com
jhyman@chuhak.com

A. Jeffrey Zappone
CM&D Management Services
LLC
303 West Madison
Suite 1600
Chicago, IL 60606
FAX: 312-220-0101
jzappone@c-m-d.com

Joel A. Stein
Deutsch, Levy & Engel,
Chartered
225 W. Washington Street
Suite 1700
Chicago, IL 60606
FAX: 312-346-1859
joelastein@dlec.com

Andrew J. Olejnik
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456
312/222-9350
FAX: 312/527-0484
aolejnik@jenner.com

Michael C. Hammer, Esq.
Dickinson Wright PLLC
301 E. Liberty Street
Suite 500
Ann Arbor, MI 48104
FAX: 734-623-1625

Dawn R. Copley Esq.
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
FAX: 313-223-3598

DLA Piper Rudnick
David N. Missner
Marc I. Fenton
Alex Terras
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
PHONE: 312-368-7082
FAX: 312-236-7516
marc.fenton@dlapiper.com
david.missner@dlapiper.com

Barbara L. Yong
Field & Golan LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
FAX: 312-263-0939
blyong@fieldgolan.com

Michael D. Lee
Robert J. Trizna
Schyuler Roche & Zwirner
One Prudential Plaza
130 E. Randolph Drive
Suite 3800
Chicago, IL 60601
FAX: 312-565-8300
mlee@srzlaw.com
rtrizna@srzlaw.com

Robert B. Weiss
Aaron M. Silver
Honigman Miller
Schwartz & Cohn
2290 First National Building
Detroit, MI 48225
FAX: 313-465-7597
rweiss@honigman.com
asilver@honigman.com

Illinois Department of Revenue
Attn Collections Div
101 W Jefferson
PO Box 19035
Springfield, IL 62794-9035
PHONE: 217-782-3336
FAX: 217-782-4217

Intermet Decatur Foundry
c/o Intermet Corporation
Gregory Wahowiak
301 Commerce Street
Suite 2901
Fort Worth, TX 76102-4140
PHONE: 817-348-9190
FAX: 866-833-3583

Jerry Switzer
Polsinelli Shughart PC
161 N. Clark Street
Suite 4200
Chicago, IL 60601
PHONE: 312/923-2974
FAX: 312-873-2926
jswitzer@polsinelli.com

Ilana N. Glazier
Jones Day
77 West Wacker Drive
35th Floor
Chicago, IL 60601
FAX: 312-782-8585
jglazier@jonesday.com

Heather Lennox
Ryan T. Routh
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
FAX: 216-579-0212
hlennox@jonesday.com
rrouth@jonesday.com

Matthew Olins
John P. Sieger
Katten Muchin
Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
FAX: 312-902-1061
john.sieger@kattenlaw.com

James S. Carr, Esq.
Edward Leen
Kelley Drye Warren LLP
101 Park Avenue
New York, NY 10178
FAX: 212-808-7897
jcarr@kelleydrye.com
eleen@kelleydrye.com

Kurtzman Carson Consultants
LLC
Jason Jay Scott
2335 Alaska Ave.
El Segundo, CA 90245-4808
PHONE: 310-823-9000
FAX: 310-751-1549
jscott@kccllc.com

LaSalle Bank NA
John M. Schuessler
135 S. LaSalle Street
Suite 2140
Chicago, IL 60603
PHONE: 312-904-8618
FAX: 312-904-8169

Mac Steel
624 Black Satchel Road
Charlotte, NC 28216-3458
PHONE: 800-876-7833
FAX: 517-782-8736

Gary D. Santella
Rein Krammer
Masuda Funai Eifert & Mitchell,
Ltd.
203 N. LaSalle Street
Suite 2500
Chicago, IL 60601-1262
PHONE: 312-245-7500
FAX: 312-245-7467
gsantella@masudafunai.com

Republic Engineered Products
George E. Strickler
2633 Eighth Street
Canton, OH 44704-2311
PHONE: 800-232-7157 x3283
FAX: 330-670-7002

Shaw Gussis Fishman LLC
Steven B. Towbin
321 N. Clark Street, Suite 800
Chicago, IL 60601
PHONE: 312-276-1333
FAX: 312-980-3888
stowbin@shawgussis.com
mradtke@shawgussis.com

Andrew J. Abrams
Sugar Friedberg
30 North Lasalle Street
Suite 3000
Chicago, IL 60602
PHONE: 312-704-9400
FAX: 312-372-7951
aabrams@sff-law.com

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606
312 214 4866
Fax : 312 759-5646
pjacobi@btlaw.com

United States Attorney Office
Patrick J. Fitzgerald
219 S. Dearborn Street, 5th Flr
Chicago, IL 60604
PHONE: 312-353-5300
FAX: 312-353-2067

United States Trustee
Kathryn M. Gleason
219 South Dearborn Street,
Room 873
Chicago, IL 60604
PHONE: 312-886-5785
FAX: 312-886-5794
kathryn.m.gleason@usdoj.gov

Wildman Harrold
Scott A. Semenek
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
PHONE: 312-201-2162
FAX: 312-201-2555

Mark Thomas
Proskauer Rose
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60601
FAX: 312/962-3551
mthomas@proskauer.com

Wisconsin Steel &
Tube Corp
Michael F. Poehlmann
1555 N. Mayfair Rd.
Milwaukee, WI 53226
PHONE: 414-453-4441
FAX: 414-453-0789

Michael A. Cox, Attorney
Heather M. Durian,
Asst. Attorney General
State of Michigan
Department of Treasury
P.O. Box 30754
Lansing, MI 48909
PHONE: 517-373-3203
FAX: (517) 373-3042

Scott N. Opincar
McDonald Hopkins Co., LPA
600 Superior Avenue
E. Suite 2100
Cleveland, OH 44114
FAX: 216-348-5474

Mitchell L. Marinello
Joseph S. Nacca
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
FAX: 312-419-6928
mlm@novackandmacey.com

William McCarron, Jr.
Office of Chief Counsel
Pension Benefit Guaranty
Corporation
1200 K. Street NW
Washington, DC 20005
FAX: 202-326-4112
Mccarron.william@pbgc.gov

Martin B. Tucker
Frost Brown Todd LLC
250 W. Main Street
Suite 2700
Lexington, KY 40507-1749
FAX: 859-231-0011

Eugene J. Geekie, Jr.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
FAX: 312-258-5700
egeekie@schiffhardin.com

Pedersen & Houpt
161 N. Clark Street
Suite 3100
Chicago, IL 60601-3242
FAX: 312/261-2256

Alexander D. Kerr Jr.
Bruce Wald
Tishler & Wald Ltd.
200 South Wacker Drive
Suite 3000
Chicago, IL 60606
FAX: 312-876-3816
akerr@tishlerwandwald.com
bwald@tishlerandwald.com

R. Scott Alsterda
Ungaretti & Harris LLP
3500 Three First
National Plaza
Chicago, IL 60602
FAX: 312-977-4405
rsalsterda@uhlaw.com

David R. Jury
Assistant General Counsel
United Steel Workers
Five Gateway Center
Room 807
Pittsburgh, PA 15222
FAX: 412-562-2574
djury@steelworkers-usw.org

Richard Bendix
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
FAX: 866-698-0830

Gregory J. Jordan
Apostol, Kowal &
Jordan, Ltd.
222 S. Riverside Plaza
Suite #1550
Chicago, IL 60606
(312) 854-7180 (Telephone)
(312) 276-9285 (Facsimile)

Shawn M. Christianson
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
FAX: 415-227-0770
schristianson@buchalter.com

David C. Bargamian
Leo J. Gibson
Barris Scott & Driker PLLC
211 W. Fort St., 15th Floor
Detroit, MI 48226
FAX: 313-965-2493

Richard C. Jones
Jones & Jacobs
77 W. Washington
Chicago, IL 60601
FAX: 312/419-9114

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
FAX: 615-741-3334

Lauren N. Nachinson, Esq.
Quarles & Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60661
FAX: 312-632-1783
lauren.nachinson@quarles.com

Republic Engineered Products
Attn: Janet Hartline
2633 Eighth Street
Canton, OH 44704-2311
FAX: 330-670-7029

Fuji Machine America Corp.
Attn: Mary Ann Fleischmann
171 N. Corporate Woods Pkwy.
Vernon Hills, IL 60061
FAX: 847-821-7815

Mac Steel
555 State Road
Bensalem, PA 19020
FAX: 215/245-3360

Kay Manufacturing Co.
Attn: Steve Pelke
602 State Street
Calumet, IL 60409
FAX: 708-862-8122

Intermet Decatur Foundry
Attn: Jeff Cochran
5366 Paysphere Circle
Chicago, IL 60674
FAX: 217-425-6662

The Timken Company
Attn: Mike Szum
75 Remittance Drive.
Ste. 1073
Chicago, IL 60675
FAX: 330-471-4388

Tunnell Consulting
Attn: Raymond L. Manganelli
900 E. Eighth Ave., Ste. 106
King of Prussia, PA 19406
FAX: 610-337-1884

Doall Chicago
Attn: K. Morrill
4436 Paysphere Circle
Chicago, IL 60674
FAX: 847-824-4340

Wisconsin Steel & Tube
Attn: Tom Herrmann
1555 North Mayfair Road
P. O. Box 25365
Milwaukee, WI 53226
FAX: 414-453-0789

Finkl & Sons, Inc.
Attn: Mike Pelicani
2011 North Southport
Chicago, IL 60614
FAX: 773-348-5347

Zurich American Ins. Co.
Attn: Scott Humphrey
1400 American Lane
Tower 2, 9th Floor
Schaumburg, IL 60196
FAX: 847-240-8050

Welding Alloys USA, Inc.
Attn: Dominic Steckay
8535 Dixie Highway
Florence, KY 41042
FAX: 859-525-9094

Mitsubishi Material USA
Attn: Yuki
P. O. Box 51377
Los Angeles, CA 90051-3777
FAX: 800-643-4909

AML Industries
Attn: T. Kratzner
P. O. Box 4110
Warren, OH 44482
FAX: 330-399-5005

Motion Industries
Attn: M. Eckhoff
P. O. Box 98412
Chicago, IL 60693
FAX: 312-850-4085

Labor Temps
Attn: Steve Swerdloff
5620 Cermak Road
Cicero, IL 60804
FAX: 708-652-8283

CBRE (CB Richard Ellis)
Attn: Deborah Reed
20 N. Martingale Rd.
Suite 100
Schaumburg, IL 60173
FAX: 847-517-4384

Sentry Insurance
Attn: Ken Erler,
Associate Counsel
1800 Northpoint Drive
Stevens Point, WI 55481-1253
FAX: 715-346-7028

Howell Welding Corp.
Attn: Janet
1071 Waveland Avenue
Franklin Park, IL 60131
FAX: 630-616-1102

Pat Mooney, Inc.
Attn: P. Thornton
502 S. Westgate Street
Addison, IL 60101-4525
FAX: 630-543-5584

Perkins Products
Attn: R. Perkins
7025 W. 66th Place
Bedford Park, IL 60638
FAX: 708-458-2057

Durmat, Inc.
Attn: William E. Thomas
11122 I-45 South, Ste. 1
Conroe, TX 77302
FAX: 936-539-2470

Ford Tool & Machining Co.
Attn: Tom Chustak
2205 Range Road
Rockford, IL 61111
FAX: 815-633-0380

Bohler Thyssen Welding
10401 Greenbough Dr.
Stafford, TX 77477
FAX: 281-499-4347

Aramark Uniform Services
Attn: Mike Straus
4200 South Halsted, Ste. 604
Chicago, IL 60609
FAX: 773-376-0680

Ervin Industries, Inc.
Attn: K. Monty
3893 Research Park Drive
Ann Arbor, MI 48108
FAX: 734-663-0136

Mid-America Propane Co.
Attn: Veril Elms
5050 North River Road
Schiller Park, IL 60176
FAX: 847-233-7129

McMaster-Carr Supply Co.
Attn: Darren Finke
600 County Line Road
Elmhurst, IL 60126
FAX: 630-834-9427

Michigan Welding
Attn: Larry Ulry
31125 Fraser Drive
Fraser, MI 48026
FAX: 586-294-2537

Thyssen
Attn: N. Adoba
P. O. Box 93614
Chicago, IL 60673
FAX: 630-682-3428

William D. Cherny
Kuhn Mitchell Moss Mork
 & Lechowicz LLC
P.O. Box 359
Naperville, IL 6056600359
FAX: 630-355-0458

Bruce J. Ruzinsky
Desiree' K. Killen
Jackson Walker LLP
1401 McKinneySt., #1900
Houston, TX 77010
FAX: 713-752-4221
bruzinsky@jw.com
dkillen@jw.com

Heather M. Forrest
Jackson Walker LLP
901 Main Street, #6000
Dallas, TX 75202
FAX: 214-953-5822
hforrest@jw.com

A Finkl & Sons Co
2011 N Southport Ave
Chicago, Il 60614

A-1 Air Compressor Corp.
679 W Winthrop Ave
Addison, IL 60101

Ace Delivery Service
1160 S. School St.
Lombard, IL 60148-4051

Adamiec Mieczyslaw
8665 W 145Th Pl
Orland Park, IL 60462

Admiral Steel Corp
c/o Patrick B Nicholson
Cullen Haskins Nicholson &
Menchetti
35 E Wacker Dr &#035;1760
Chicago, IL 60601

Advance Fire & Safety
8249 S. Meade Ave.
Burbank, IL 60459

Aerotek
105431, 111790
Mark Brown
7301 Parkway Dr
Hanover, Md 21076

Air Resources Incorporated
2443 Courtyard Cir 6
Aurora, Il 60506-6618

Alliance Broach And Tool
5664 N River Rd
East China, Mi 48054

Alliance Mfg. Inc.
1368 Capital Dr.
Fond Du Lac, WI 54937

Aml Industries
P. O. Box 4110
Warren, OH 44482

Andrzej Luka
7534 S Banks
Justice, IL 60458

Aramark Uniform & Career
Apparel Inc
c/o Sheila R Schwager
Hawley Troxell Ennis &
Hawley LLP
PO Box 1617
Boise, ID 83701

Arch Wireless
890 E Heinberg Street
Pensacola, FL 32502

Asc Industries
1416 W. 175Th
East Hazelcrest, IL 60429-1820

Ase Final Phase
Div of Ase Industries Inc
23850 Pinewood
Warren, MI 48091

Associated Spring Raymond
1705 Indian Wood Circle
Ste 210
Maumee, Oh 43537

Automation Service Equipment
23850 Pinewood
Warren, MI 48091

Avis Rent A Car System Inc
300 Centre Pointe Dr
Virginia Beach, VA 23462
Attn Kevin Fowler

Beaird Industries Inc.
P O BOX 964
Dekalb, IL 60115

Black River
P. O. Box 383
Amhurst, OH 44001-0383

Bliss Clearing Niagara Inc
Jer030
1004 E State St
Hastings, Mi 49058

Bohler Thyssen Welding
P. O. Box 721678
Houston, TX 77272
Boncosky Oil Co.
739 N. State Street
Elgin, IL 60123

BP Canada Energy Company
240-4th Avenue S.W.
P.O. Box 200, Stn. M
Calgary, Alberta T2P 2H8
Attn: R. Allen Kirk, Esq.

BP Canada Energy
Marketing Corp
Kelley Drye & Warren Llp
Attn James S Carr Esq
Edward J Leon Esq
101 Park Ave
New York, Ny 10178

Bradley Supply Co.
P. O. Box 29096
Chicago, IL 60629

Breen's Uniform Rental
5414 Dansher Road
Po Box 707
Countryside, IL 60525

Bridgeview Machining Inc
Joshua S Hyman
Co Chuhak & Tecson Pc
30 S Wacker Dr Ste 2600
Chicago, Il 60606-741

Broadwing Communications
Corporation
Fka Focal Communications
Corporation
Marvin E Sprouse II
Jackson Walker LLP
100 Congress Ave, Ste 1100
Austin, Tx 78701

Cameron
2000 E. Industrial Pkwy
P. O. Box 596
Elkhart, IN 46515

Cameron Dwayne
7007 Rockwell
Chicago, IL 60629

Carco Incorporated
P. O. Box 13859
Detroit, MI 48213-0859

Carol Green Lackey
Ssn 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
19708 Coachmans Trace
Cornelius, Nc 28031

Carolyn Burnes
Donald V Gallaher
Betty Clayton
200 West Burlington
Claredon Hills, IL 60514-1137

CDW Computer Centers, Inc.
c/o Receivable Management Services
P.O. Box 5126
Timonium, Maryland 21094
Comtact: Phyllis A. Hayes

Central Steel & Wire Co.
P. O. Box 5100
Chicago, IL 60680

Cherokee Chemical Co Inc
Dba C C I
Iron Mountain
Leon Small A P C
16530 Ventura Blvd, Ste 306
Encino, Ca 91436

Chesterton A. W.
P. O. Box 3351
Boston, MA 02241

Chicago Air Power
22401 Joshua Dr.
Sauk Village, IL 60411

Chicago Dept. of Revenue
Attn: Business Bankruptcy
333 S State St. - Suite 540
Chicago, IL. 60649

Chicago Nut & Bolt
150 Covington Dr
Bloomingdale, IL 60108-3105

Cincinnati Tool Co.
5190 28th Ave
Rockford, IL 61109

Circle Systems, Inc.
P. O. Box 1228
Hickley, IL 60520

CIT Technology Financing
901-0013447-000
Wwr#04414235
Weltman Weinberg & Reis
175 S Third St Ste 900
Columbus, Oh 43215

Citibank USA NA
Assoc/BP Amoco
Payment Center
4300 Westown Parkway
West Des Moines, IA 50266

Clary Arthur
10209 S Lasalle
Chicago, IL 60628

Combined Transport Systems, Inc.
1201 Marine View St.
Portage, IN 46368

Comed
34031-71070
Attn Bankruptcy Section
Revenue Mana
Comed Co
2100 Swift Dr
Oakbrook, Il 60523

Comptorgage Corporation
58Ns Industrial Drive
Po Box 1217
Slatersville, RI 02876-0896

Con Way Transportation
Jernbcts900
5555 Rufe Snow Drive
Ste 5515
N Richland Hills, Tx 76180

Concorde Laboratories, Inc.
4504 Concorde Place
Lisle, IL 60532

Conrad & Son
2857 N. Cicero Ave.
Chicago, IL 60641

Consolidated Plastic Co.
8181 Darrow Road
Twinsburg, OH 44087

Constellation NewEnergy, Inc.
c/o Marc I. Fenton
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293

Corporate Express Office Products Inc
Attn: Legal Department
One Environmental Way
Broomfield, CO 80021

Coughlin Logistics
26261 Evergreen Road
Suite 300
Southfield, MI 48076

CRST Malone Inc
Three I Truck Lines
PO Box 68
Cedar Rapids, IA 52406

Crucible Service Center
P. O. Box 60845
Charlotte, NC 28260-0845

CT Corporation
c/o Alan D. Budman, Esquire
1150 Old York Road
Abington, PA 19025

Czeslaw Dylag
7830 W North Ave Apt 707
Elmwood Park, IL 60707

Daniels Petroleum Co.
1102 W Bridge St
Streator, IL 61364

Davis John
1152 W 95Th Pl
Chicago, IL 60643

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Delano Conveyor
5 S 043 Fairway Drive
Naperville, IL 60563-1767

Department of the Treasury
Internal Revenue Service
230 S Dearborn
Stop 5016-Chi
Chicago, IL 60604

Department of the Treasury-
Internal Revenue Service
Centralized Insolvency
Operations
P O Box 21126
Philadelphia, PA 19114

Department of Treasury/
Revenue/ AG
POB 30455
Lansing, MI 48909-7955

Dept Of The Treasury
Internal Reven
See Attachment
Internal Revenue Service
230 S Dearborn
Stop 5016 Chi
Chicago, Il 60604

Deublin Company
Dept. 77-5136
Chicago, IL 60678-5136

Digi-Key Corporation
P. O. Box 677
701 Brooks Ave. S.
Thief River Falls, MN 56701-
0677

DoAll Company
254 N. Laurel
Des Plaines, IL 60016

Donald V Gallagher- Counsel
For Plaintiff
Betty Clayton- Carolyn Burnes
V. Iron Mo
200 West Burlington
Clarendon Hills, IL 60514

Donaldson Co
1400 W 94th St
Bloomington, MN 55431

Dreisilker Electric
Motors Inc
352 Roosevelt Road
Glen Ellyn, IL 60137

Durum Usa
Preston C Goodwin
Goodwin & Harrison Llp
Po Box 8278
The Woodlands, TX 77387-82

Eclipse Combustion
P. O. Box 71424
Chicago, IL 60694-1424

Edb/Rotating Equip Specialists
421 West Wrightwood Avenue
Elmurst, IL 60126

Edm Zap Parts Inc
1108 Front Street
Lisle, IL 60532

EFCO Inc
dba Erie Press Systems
James R Walczak Esq
100 State St, Ste 700
Erie, PA 16507

Electro Kinetics, Inc.
749 Creel Drive
Wood Dale, IL 60191

Ellis Willie
9340 S Normal
Chicago, IL 60620

Emery Enterprises
140 Washington Ave.
Alpena,, MI 49707

Enco Manufacturing
Company Inc
34012087
Po Box 357
Farmingdale, Ny 11735

Englewood Electrical Supply
41 N Lively Blvd
Elk Grove Village, Il 60007

Entrust Tool & Design Co.
c/o Paul A Lucey, Esq.
Michael Best &
Friedrich LLP
100 E Wis. Ave &#035;3300
Milwaukee, WI 53203

Ervin Industries, Inc.
PO Box 1168
Ann Arbor, MI 48106

Estate of Joseph
William Giffune
c/o Shaw Gussis
321 N. Clark Street
Suite 800
Chicago, IL 60610

FagelHaber LLC
Lauren Newman
55 E Monroe Street,
40th Floor
Chicago, IL 60603

Fairfield Industrial Sales
9150 Louisiana St.
Merrilville, IN 46410

Fanuc America
Department 77-7986
Chicago, IL 60678-7986

Fedex Custom Critical
Co Rms Bankruptcy Services
Po Box 5126
Timonium, Md 21094

Filter Services Illinois
2555 United Lane
Elk Grove Village Il, IL 60007

Fire Equipment Co.
P. O. Box 2308
80 West Lake Street
Northlake, IL 60164

Fisher Scientific
Gary Barnes
Regional Credit Manager
2000 Park Ln
Pittsburgh, Pa 15275

Flakt Fan Group
(Garden City Fan)
1701 Terminal Rd.
Niles, MI 49120

Flow Products Inc
2626 W Addison St
Chicago, IL 60618

Fluke Electronics
Attn Barbara Koerber
Fluke Corp
Po Box 9090
Everett, Wa 98206

Foerster Systems Division
1484 Quaker Ct.
Salem, OH 44460

Ford Motor Credit Company
P.O. Box 55000
Detroit, MI 48255-0953

Ford Tool & Machining Co.
2205 Range Road
Rockford, IL 61111

Forgings Industry Association
Landmark Towers Suite 300
25 Prospect Ave. West
Cleveland, OH 44115

Forth Person
2040 Columbia Drive
Troy, MI 48083-5625

Freeway Ford Truck
Sales Inc
Po Box 0286
8445 - 45Th Street
Lyons, IL 60534-0286

Fuji Machine America Corp
Co Gary D Santella
Masuda Funai Eifert
& Mitchell Ltd
203 N Lasalle St Ste 2500
Chicago, Il 60601-1262

Garrett George
6737 So Champlain
Chicago, IL 60637

GE Capital Modular Space
Transport
c/o Stacy Leutze
530 E Swedesford Road
Wayne, PA 19087

General Electric Capital
Corporation
ReedSmith LLP
c/o Ann E Pille
203 N LaSalle St, 40th Floor
Chicago, IL 60601

Gordon Bros. Steel Warehouse
1340 W. 43Rd Street
Chicago, IL 60609

Great American Insurance
Tvv3579161
Attn Denise Vogel
49 E 4th St Ste 4005
Cincinnati, Oh 45202

Great Lakes Distributing, Inc
2601 Bernice Road
Lansing, IL 60438

Griffard Ken
12528 Makinac
Lockport, IL 60491-8411

H.R. Direct
POB 452019
Sunrise, Fl 33345-2019

Harney Partners, Llc
50 West 75Th Street
Suite 215
Willowbrook, IL 60514

Hauck Manufacturing Co.
P. O. Box 90
Lebanon, PA 17042

Heritage Crystal Clean
P. O. Box 68123
Indianapolis, IN 46268

High Psi Ltd.
75 N. Brandon Dr.
Glendale Heights, IL 60139

Hilti Inc
P O Box 21148
Tulsa, OK 74121

Hoh Chemicals Inc
500 S Vermont St
Palatine, Il 60067

Houghton International Inc
Glenn A Manochi Esq
Lightman & Manochi
1520 Locust St 12th Fl
Philadelphia, PA 19102

Howell Welding Corp.
1071 Waveland Ave.
Franklin Park, IL 60131

Hunterdon Transformer Co.
75 Industrial Drive
Alpha, NJ 08865

Hy Test Safety Shoe Service
7330 N 60th St
Milwaukee, Wi 53223

Ideal Coffee &
Vending Service
6120 N. Pulaski
Chicago, IL 60646

Iesco Inc.
5235-B West 65Th Street
Bedford Park, IL 60638

Ilinois Bell Telephone
Company Inc
PO Box 981268
West Sacramento, CA 95798

Illinois Crane, Inc.
P. O. Box 3740
Peoria, IL 61612

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Secretary Of State
Department Of Business Serv
501 S. 2nd Street
Attn: Robert Durchholz
Room 330 Howlett Bldg.
Springfield, IL 62756-5510

IM Liquidating, LLC f/k/a Iron
Mountain Industries
Richard J. Mason, Ch. 7 Trustee
McGuireWoods LLP
77 W. Wacker, Suite 4100
Chicago, IL 60601

Industrial Appraisal Co.
222 Boulevard Of The Allies
Pittsburgh, PA 15222

Industrial Fluid Systems
22200 Ryan Road
Warren, MI 48091

Industrial Maintenance, Welding
2Nd & Hupp Road
P.O. Box 385
Kingsbury, IN 46345-0385

Inland Industrial Electric
Service Co.
340 S. Washington St.
La Grange, IL 60525

Intermet Decatur Foundry
c/o Intermet Corporation
700 Tower Drive 4th Floor
Troy, MI 48098

Itp Styli
1265 Research Blvd.
St. Louis, MO 63132

J & H Machine Tool Specialty,
Inc.
1190 Richards Road
Unit 6
Hartland, WI 53029

J & M Fence
c/o Edgerton & Edgerton
125 Wood Street - POB 218
West Chicago, IL 60186-0218

J William Giffune Jr
328 W 40th Pl
Chicago, Il 60609

Jacek Krolicki
407 Sunnyside
Itasca, IL 60143

Jackson Hirsh Inc
700 Anthony Trail
Northbrook, Il 60062

Jackson Matthew
Joseph D Amarilio
Wolfe Elfenbaum Evers &
Amarilio
940 W Adams St Suite 300
Chicago, IL 60607

Jackson-Hirsh, Inc.
700 Anthony Trail
Northbrook,, IL 60062-2542

Jamar Packaging
1331 Howard Dr
West Chicago, Il 60185

Jan Zemojcin
5050 N Sheridan RD Apt 815
Chicago, IL 60640

JDRF
Marsha Price (Reliability Dept.)
Gm Powertrain Warren Plant
23500 Mound Road
Warren, MI 48091

Jenberg Industries fka New
Jenberg Inds Inc
c/o Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Attn Peter J Young, Esq

JII Liquidating, Inc. f/k/a
Jernberg Industries, I
Richard J. Mason, Ch. 7 Trustee
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601

JII Real Estate Inc
Co Tom Mcdonald
328 W 40th Pl
Chicago, Il 60609

John J. Moroney And Co
P.O. Box 320
Argo, IL 60501

John Vincent
8921 National Ave
Morton Grove, IL 60053

JSI Liquidating, Inc. f/k/a
Jernberg Sales, Inc.
Richard J. Mason, Ch. 7 Trustee
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601

Kay Manufacturing Co
Peter A Clark
Co Mcdermott Will &
Emery LLP
227 W Monroe St
Chicago, Il 60606

Ken Griffard
12528 Mackinac
Lockport, IL 60441

Key Bellevilles, Inc.
100 Key Lane
Leechburg, PA 15656

Kiser Controls Co.
7045 High Grove Blvd.
Burr Ridge, IL 60527

Konematic Inc Dba Door
Systems
751 Expressway Dr
Itasca, Il 60143

Kowalkowski Wladyslaw
5339 S Mason
Chicago, IL 60638

Kozul Pero
9522 S Exchange
Chicago, IL 60617

Kulpa Andrzej
5345 W Berenice
Chicago, IL 60641

Lance Gypsum & Lime
Products
4225 W. Ogden Ave
Chicago, IL 60623

Lansing Forge, Inc.
P. O. Box 22005
5232 Aurelius Road
Lansing, MI 48909

LaSalle Bank National
Association
Thomas F Blakemore
Winston & Strawn LLP
35 West Wacker DR
Chicago IL 60601

Leco Corporation
127428
3000 Lakeview Ave
St Joseph, Mi 49085

Lee Lumber N/A
3250 N. Kedzie
Chicago, IL 60618

Document    Page 11 of 17

Leja Karol
5616 N Mango
Chicago, IL 60646

Lubrico Inc.
Attn Arthur M Grimes
1122-2 N 475 East
Chesterton, IN 46304

M Eldon Wheeler
Co Shaw Gussis Fishman
Glantz Wolfso
Attn Mark L Radtke
321 N Clark St Ste 800
Chicago, Il 60610

M. P. Iding Company, Inc.
3420 West Pierce St.
Milwaukee, WI 53215

Macmillin Hydraulic
Engineering
7355 Lawndale
P. O. Box 6
Skokie, IL 60076

Magnachek
32701 Edward Ave.
Madison Heights, MI 48071

Magnaflux
Div. Of I.T.W.
P. O. Box 75514
Chicago, IL 60675

Mahr Federal Products
1144 Eddy St
Providence, RI 02905

Management Consulting
Services
188 Industrial Dr.
Suite 208
Elmhurst, IL 60126

Marvin Keller Trucking Inc
Jerchimk
112 N Main St
Sullivan, Il 61951

Mattie Johnson
12040 N. W. 29Th Manor
Sunrise, FL 33323

McCann Industries Inc
John R Schneider
543 S Rohlwing Rd
Addison, Il 60101

Mcdaniel Fire Systems
P. O. Box 70
1055 W. Joliet Road
Valparaiso, IN 46384-0070

Mcmaster Carr Supply Co
600 County Line Rd
Elmhurst, Il 60126

Mercyworks Occupational
Medicine
Dept. 77-2988
Chicago, IL 60678-2988

Meters And Controls Inc.
505 West Wrightwood
Elmhurst, IL 60126

Metric Multistandard
Component
120 Old Saw Mill River Rd.
Hawthorne, NY 10532

Metropolitan Water
Reclamation
District Of Greater Chicago
User No 10824
James J Zabel Sr Asst Atty
100 E Erie St
Chicago, Il 60611-315

Miami Optical
3125 S. Ashland Ave.
Chicago, IL 60608

Michael Mills
328 W 40th Pl
Chicago, Il 60609

Mid-America Propane Company
c/o Wolfe Wolfe & Ryd LLP
20 N Wacker Drive Ste 3550
Chicago, IL 60606

Midway Truck Parts
7400 W. 87Th St.
Bridgeview, IL 60455

Midwest Convertors Inc
3535 Kishwaukee St
Rockford, IL 61109

Mikolajczyk Tadeusz
7755 S Moody
Burbank, IL 60459

Miller Ivory
513 E 152Nd St
Phoenix, IL 60426-2404

Minyard Billy
1925 East Country Rd 214
Blytheville, AR 72315

Mitsubishi Materials USA Corp
Craig G Margulies Esq
6345 Balboa Blvd, Ste 1-300
Encino, CA 91316

Morawski Jacek
6440 S Narragansett
Apt 3N
Chicago, IL 60638

Msc Industrial Supply Co
583571
75 Maxess Rd
Melville, Ny 11747

Mutual Truck Parts Co., Inc.
2000 S. Wasbash Ave.
Chicago, IL 60616-1786

Nagle Pump
1249 Center Ave
Chicago Heights, IL 60411-2805

National City Leasing
Corporation
Dennis A Dressler Esq
C/O Askounis & Borst PC
303 East Wacker Drive Ste 1000
Chicago, IL 60601

National Machinery Llc
P. O. Box 747
161 Greenfield Street
Tiffin, OH 44883

National Union Fire Insurance
Co. of Penn
AIG Bankruptcy Collections
David A Levin
70 Pine Street, 31th Floor
New York, NY 10270

National Waste/
Allied Waste Serv
Allied Waste Serv of Chicago
2608 S Damen Ave
Chicago, IL 60608

Nationwide Gage
Calibration Inc.
159 Covington Dr.
Bloomingdale, IL 60108

Naylor Automotive Engineering
4645 South Knox Ave.
Chicago, IL 60632

Newark In One
4801 N Ravenswood Ave
Chicago, IL 60640

Newelco Uskside
Church St.
Newport,
South Wales, UNITED
KINGDOM NP20 2TW

Nextel West Corporation
Nextel Communications, Inc.
Attn: Bankruptcy Department
Post Office Box 172408
Denver, CO 80217-2408

Norman Equipment Co., Inc.
9850 South Industrial Drive
Bridgeview, IL 60455

North Pneumatic Tool Co.
39 N. Meyer Ct.
Des Plaines, IL 60016

Northern Safeco Inc
PO Box 28
Kingsport, TN 37662

Occupational Health Centers
Of The Southwest P.A.
P. O. Box 488
Lombard, IL 60148-0488

Office of the U.S. Trustee
Mr. Dean Harvalis
219 S. Dearborn
Room 873
Chicago, IL 60604

Ohio Semitronics, Inc.
4242 Reynolds Drive
Hilliard, OH 43026

Ok Safety
4647 Henry Ave.
P. O. Box 564
Hammond, IN 46325

Omega Castings
301 Fritz Keiper Blvd.
Fort Custer Industrial Park
Battle Creek, MI 49015

One Source Supply
2605 White Oak Circle,
Unit C
Aurora, IL 60504

Pac Van Inc
20507021
C O Rubin & Levin Pc
342 Massachusetts Ave Ste 500
Indianapolis, In 46204

Pak Matthew
6744 Hazel St
Morton Grove, IL 60053

Penar Josef
8435 W Oak Ave
Niles, IL 60714

Pension Benefit Guaranty
Corporation
Attn William McCarron
1200 K Street N W
Washington, D C 20005

Perkins Products
7025 West 66Th Place
Bedford Park, IL 60638

Pero Kozul
The Vrdolyak Law Group LLC
c/o Michael P Casey
741 N Dearborn St
Chicago, IL 60654

Peters & Associates
909 S. Route 83
Elmursht, IL 60126-4944

Pillar Industries
21905 Gateway Road
Brookfield, WI 53045

Plewa Jan
3405 N Keating
Chicago, IL 60641

Pneumatic Techniques Inc.
17813 Chappel Ave.
Lansing, IL 60438
Attn: Dan Paulsen

Pomp's Tire Servie, Inc.
P. O. Box 1630
Greenbay, WI 54305-1630

Praxair Distribution
c/o RMS Bankruptcy Services
POB 5126
Timonium, Maryland 21094

Premium Assignment Corp
Attn Kelton M Farris
P. O. Box 3100
Tallahassee, FL 32315-3100

Premium Assignment
Corporation
Duane Morris, LLP
227 W. Monroe, Suite 3400
Chicago, IL 60606

Prime Office Products
400 S Jefferson St
Chicago, Il 60607

Pro Trans International, Inc.
117 West Main Street
P. O. Box 780
Plainfield, IN 46168

Quality Hydraulics
1415 Willhelm Road
Mundelein, IL 60060

R & L Carriers
P. O. Box 713153
Columbus, OH 42171-3153

R S Hughes Company Inc
869 S Rohlwing Road Unit B
Addison, IL 60101

R Thomas Beecham
328 W 40th Pl
Chicago, Il 60609

Radley Corporation
23077 Greenfield
Suite 440
Southfield, MI 48075

R-Con Nondistructive Test
Consultants
5605 Freitag Drive
Menomonie, WI 54751

Regol G Special Steel
Services Inc
Manufacturing Systems Tech
930 Seton Court
Wheeling, Il 60090

Republic Engineered
Products Inc
3770 Embassy Parkway
Akron, OH 44333

Rex Radiator & Welding Co.
1440 W 38th St
Chicago, IL 60609

Ritter Engineering Company
100 Williams Dr
Zelienople, PA

Roadway Express Inc
Contact Phyllis A Hayes
Co Receivable Management
Services Rm
Po Box 5126
Timonium, Md 21094

Robert'S Electric Co.
311 N. Morgan Street
Chicago, IL 60607

Robinson Industries, Inc.
3051 Curtice Rd.
Coleman, MI 48618

Rock Valley Oil & Chemical
1911 Windsor Road
Rockford, IL 61111

Ryerson & Sons Inc., Joseph T.
2558 West 16Th Street
Chicago, IL 60608

Saet S.P.A.
Via Torino 213
Torino, ITALY 10040

Sautter Patrick J
2324 Wild Timothy Rd
Naperville, IL 60564

Savaglio Brothers, Inc.
6020 N. Kostner
Chicago, IL 60646

Save A Life Inc
1322 Clifden Ct
Wheaton, Il 60187

Sentry Insurance
Attn: Kenneth J Erler
1800 North Point Drive
Stevens Point, WI 54481

Siemens Energy &
Automation Inc
Attn Leigh-Anne Roberson
11700 Great Oaks Way
Ste 320
Alpharetta, GA 30022

Solar Automotive
4640 Southwest Highway
Oak Lawn, IL 60453

Solarczyk Mieczyslaw
204 South Iowa Ave
Addison, IL 60101

Stanislaw Borek
11933 S. Pinecreek Dr.
Orland Park, IL 60462

Stanislaw Kielar
7423 W Kirk Dr
Niles, IL 60714

Stephen Bader & Co., Inc.
10 Charles St.
Valley Falls, NY 12185

Stepp Equipment Co.
5400 Stepp Dr.
Summit, IL 60501

Sterling Commerce
Americas Inc
Attn Theresa W Blunt
4600 Lakehurst Ct
Dublin, Oh 43016

Sterling Commerce
Americas Inc
Attn: Theresa W Blunt
4600 Lakehurst Ct
Dublin, OH 43016

Stockyard Hardware
Attn: Michelle Valiquet
3723 S Morgan
Chicago, IL 60609

Suburban Optometric Group
P. C. D/B/A The Optometrist
10001 W. 143Rd Street
Orland Park, IL 60462

Sumitomo Heavy Industries Ltd
Mr Yukifumi Tsuchiya
International Legal Dept
9 11 Kitashinagawa 5 Chome
Shinagawa Ku
Tokyo 141-8686 Japan

Sungard Availability
Services LP
Attn Maureen A
Mcgreevey Esq
680 E Swedesford Rd
Wayne, Pa 19087

Superior Industrial
Supply Co.
7300 Oak Park Ave.
Niles, IL 60714

Supreme Coffee Service Co
6120 N. Pulaski
Chicago, IL 60646

Talx Corporation
135 LaSalle Dept 3065
Chicago, IL 60674

Tanis Inc.
3660 Kettle Court East
Delafield, WI 53018-2701

Team Air Express
P O Box 668
Winnsboro, Texas 75494

Tech Induction
22819 Morelli Dr.
Clinton Twp., MI 48036

Temp. Control Inc.
670 Lunt Ave.
Elk Grove Village, IL 60007

Tenaxol Inc
5801 W National
Milwaukee, WI 53214-3492

Tennessee Department
Of Revenue
Co Attorney General
Po Box 20207
Nashville, Tn 37202-0207

The Cornerstone Energy
Group Inc
500 N Michigan Ave
Suite 300
Chicago, Il 60611

The Minster Machine Company
240 West Fifth Street
PO Box 120
Minster, OH 45865

The Standard Co
3124 S Shields
Chicago, Il 60616

The Timken Company
C/O David Basinski, Esq.
1835 Dueber Avenue, SW
Mail Code: GNE-03
Canton, Ohio 44706

Thilman & Fillippini
c/o Margaret M Anderson
111 South Wacker Drive
Chicago, IL 60606

Thomas Mcdonald
328 W 40th Pl
Chicago, Il 60609

Thyssen
365 Village Drive
Carol Stream, IL 60188-1828

Tomaszek Tadeusz
4908 N Knight Ave
Norridge, IL 60706

Tool Service Corp.
2942 North 117Th Street
P.O. Box 26248
Milwaukee, WI 53226

Townsend Oscar
9731 S Lowe Ave
Chicago, IL 60628

Townsend Wade
45 East 74Th St
Chicago, IL 60619

Toyota Motor Manufacturing
North Am, Individually and as
Agent For Design
Martin B Tucker Esq
Sawyer & Glancy Pllc
3120 Wall St Ste 310
Lexington, Ky 40153

Transport Trailer Inc
11S-204 Jeans Road
Unit B
Lemont, IL 60439

Travelers Tool Company
P. O. Box 1550
Flushing, NY 11354

Travers Tool Company Inc
128-15 26th Ave
PO Box 541550
Flushing, NY 11354

Truckomat Corporation
Mike Kuperman
POB 639
Walcott, Iowa 52773

Tunnell Consulting
Joseph S Nacca
Novack & Macy LLP
100 N Riverside Plaza
Chicago, IL 60606

Tuxedo Junction, Inc.
11020 Southwest Highway
Palos Hills, IL 60465

UGS Corp
2000 Eastman Drive
Milford, OH 45150

Ungaretti & Harris
3500 Three Ist National Plaza
c/o R Scott Alsterda
Chicago, IL 60602

United Community
Bank of Lisle
1026 Ogden Ave.
Lisle, IL 60532

United Community
Bank Of Lisle
Jernberg Trailer Lease
c/o Joel A Stein
Deutsche Levy & Engel Chtd
225 W Washington St 1700
Chicago, Il 60606

United Lift Truck
P.O. Box 5948
Carol Stream, IL 60197-5948

United Parcel Service
Nick Tramontano
c/o RMS Bankruptcy Services
307 International Circle
Ste 270
Hunt Valley, MD 21030

United Recycling
1600 Harvester
West Chicago, IL 60185

Universal Am-Can Ltd.
Attn: Rebecca C. Johnson, Esq
11355 Stephens
Warren, MI 48089

US Bancorp Equipment
Finance, Inc.

USF Holland Inc
750 E 40th St
Holland, MI 49423

Vektek, Inc.
P. O. Box 557
Elwood, KS 66024

Visteon Corporation
c/o Michael C Hammer Esq
Dickinson Wright PLLC
301 E Liberty Street
Suite 500
Ann Arbor MI 48104

VW Broaching Service, Inc.
3250 West Lake St.
Chicago, IL 60624

Walter A Borodenko
4305 S Harlem Ave Apt 6
Stickney, IL 60402-4227

Warehouse Direct
1601 W. Algonquin Road
Mt. Prospect, IL 60056

Waste Management RMC
2421 W Peoria Ave Ste 110
Phoenix, AZ 85029

Wausau Insurance Company
PO Box 8017
Wausau, WI 54402

Welding Alloys Usa Inc
Dominic Stekly
8535 Dixie Hwy
Florence, Ky 41042

Wheelabrator
1606 Executive Dr
Lagrange, Ga 30240

Williams Scottman Inc
8211 Town Center Dr
Baltimore, MD 21236

Wirco Inc
P.O. Box 609
105 Progress Way
Avilla, IN 46710

Wirtz Rentals Company
1045 West 47Th Street
Chicago, IL 60609

Wisco
Welding Industrial Supply
Company
2200 North Western Avenue
Chicago, IL 60647-3123

Wisco
P. O. Box 88666
Chicago, IL 60680-1666

Wisconsin Steel & Tube
1555 N Mayfair Road
P.O. Box 26365
Milwaukee, WI 53226-0365

Wm. Wright &
Associates, Inc
3540 Stern Ave
Ste 108
St Charles, IL 60174

Wurth Service Supply, Inc.
7624 Collection Center Drive
Chicago, IL 60693-0078

WW Grainger Inc
801546235
7300 N Melvina Ave
M530
Niles, Il 60714-3998

Xerox Corporation
Xerox Capital Services LLC
Attn: Troy Rachui
PO Box 660506
Dallas, TX 75266-9937

Yuma Industries Inc
375527179
783 W Mausoleum Rd
Shelbyville, In 46176

Zep Manufacturing Company
Engel Hairston & Johanson PC
Attn Jonathan E Raulston
Po Box 11405
Birmingham, AL 35202

Zurich American Insurance Co
Attn Mary Perlick
1400 American Ln
Schaumburg, Il 60196

Admiral Steel Corp
c/o Patrick B Nicholson
10 South LaSalle Street
Suite 1250
Chicago, IL 60603

Ase Industries
1406 175th Street
HazelCrest, IL 60429-1820

Beaird Industries Inc.
601 Benton Kelly Street
Shreveport, LA 71106

Black River Computers
7630 Race Road
North Ridgeville, OH 44039-3612

BP Canada Energy Company
240-4th Avenue SW
Calgary, ABTZP4H4, Canada

Carco Incorporated
10333 Shoemaker Street
Detroit, MI 48213

Cherokee Chemical Co Inc Dba
C C I
Iron Mountain
3540 East 26th Street
Vernon, CA 90023

Chesterton A.W.
500 Unicorn Park Drive
Woburn, MA 01801-3345

Circle Systems, Inc.
479 W. Lincoln Avenue
Hickley, IL 60520

Combined Transport
Systems, Inc.
506-508 Morris Avenue
PO Box 1089
Elizabeth, NJ 07208

Consolidated Plastic Co.
4700 Prosper Drive
Stowe, OH 44224

Crucible Service Center
321 W. 32nd Street
Charlotte, NC 28260-0845

Deublin Company
5136 Ease Way
Chicago, IL 60678

Do All Company
John Collen, Quarles
& Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654-3406

Eclispe Combustion
6117 N. Elston
Chicago, IL 60646

Fanuc America
1800 Lakewood Blvd
Hoffman Estates, IL 60192

Hauck Manufacturing Co.
100 N. Harrs Street
Cleona, PA 17042-3100

Hilti Inc
5400 S. 122nd East Ave
Tulsa, OK 74146

Industrial Appraisal Co.
Two Gateway Center
603 Stanwix Street
Suite 1500
Pittsburgh, PA 15222

Inland Industrial Electric
340 Washington Avenue
La Grange, IL 60525

Intermet Decatur Foundry
c/o Intermet Corporation
5445 Corporate Drive
Suite 200
Troy, MI 48098-2683

Jernberg Industries fka New
Jernberg Inds Ind
c/o Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

John J Moroney
8301 S. 77th Ave
Bridgeview, IL 60455

Magnaflux
3624 West Lake Avenue
Glenview, IL 60026

Mercyworks Occupational
Medicine
2600 S. Michigan
Chicago, IL 60616

Occupational Health Centers of
the Southwest P.A.
2080 Springer Drive
Lombard, IL 60148

Peters & Associates
1801 S. Meyers Road
Suite 120
Oak Brook Terrace, IL 60181

Premium Assignment
Corporation
Duane Morris, LLP
190 South LaSalle Street
Chicago, IL 60603-3433

Pro Trans International, Inc.
8311 North Perimeter Road
Indianapolis, IN 46241

R & L Carriers
PO Box 10020
Port William, OH 45164

Roadway Express, Inc.
311 East Oak Ridge Drive
Hagerstown, MD 21740

Ryerson & Sons Inc., Joseph T.
2621 West 15th Place
Chicago, IL 60608

Sherman & Sherman
120 N. LaSalle
Suite 1460
Chicago, IL 60603

Siemens Energy &
Automation Inc
Attn: Leigh-Anne Roberson
3333 Old Milton Parkway
Alpharetta, GA 30005

Solar Automotive
14501 S. Cicero Avenue
Midlothian, IL 60445

Sumitomo Heavy Industries Ltd
ThinkPark Tower,
1-1 Osaki 2-Chrome
Shinagawa-Ku Tokyo
141-6025 Japan

Tadeusz Mikolajczyk
7755 S. Moody
Burbank, IL 60459

Team Air Express
639 W. Broadway
Winnsboro, TX 75494

Tenaxol, Inc.
1001 E. Centralia Street
Elkhorn, WI 53121

Thilman & Filippini
233 S. Wacker Drive
Suite 2000
Chicago, IL 60606-6400

Truckomat Corporation
PO Box 640
Walcott, IA 52773

Ungaretti & Harris
c/o R Scott Alsterda
70 W. Madison Street
Suite 3500
Chicago, IL 60602

Universal Am-Can Ltd.
PO Box 2007
Warren, MI 48090

US Bancorp Equipment
Finance, Inc.
13010 SW 68th Parkway
Suite 100
Portland, OR 97223

Vektek, Inc.
3812 S. Leonard Road
St. Joseph, MO 64503

Waste Management
2625 W. Grandview Road
Suite 160
Phoenix, AZ 85023
Attn: RMC

Wurth Service Supply, Inc.
1616 N. Western Ave
Chicago, IL 60647

Zep Manufacturing Co.
120 Summit Pkwy
Homewood, AL 35209

James E. O'Neill
Pachuski Stang LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

Ann E. Pille
Reed Smith LLP
10 South Wacker Drive, 40th
Floor
Chicago, IL 60606-7507

Andrzej Luka
7534 S Banks
Justice, IL 60458

Illinois Secretary Of State
Department Of Business Serv
501 S. 2nd Street
Attn: Robert Durchholz
Room 330 Howlett Bldg

Springfield, IL 62756-5510

Miami Optical
3125 S. Ashland Ave.
Chicago, IL 60608

Premium Assignment Corp
Attn Kelton M Farris
P. O. Box 3100
Tallahassee, FL 32315-3100

Save A Life Inc
1322 Clifden Ct
Wheaton, IL 60187

Superior Industrial
Supply Co.
7300 Oak Park Ave.
Niles, IL 60714

The Minster Machine Company
240 West Fifth Street
PO Box 120
Minster, OH 45865

United Parcel Service
Nick Tramontano
c/o RMS Bankruptcy Services
307 International Circle
Ste 270
Hunt Valley, MD 21030

Hilti Inc
5400 S. 122nd East Ave
Tulsa, OK 74146

Wheelabrator
1606 Executive Dr
Lagrange, Ga 30240