UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 05-25909 |
| JII LIQUIDATING, INC. f/k/a JERNBERG ) | (Jointly Administered) |
| INDUSTRIES, INC.; JSI LIQUIDATING, ) | Chapter: 7 |
| INC. f/k/a JERNBERG SALES, INC; and ) | |
| IM LIQUIDATING, LLC f/k/a IRON ) | Honorable John H. Squires |
| MOUNTAIN INDUSTRIES, LLC, ) | |
| Debtor(s) ) | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT**

This Cause having been heard by the Court on the Trustee's Final Report of Richard J. Mason, not individually, but solely as the chapter 7 trustee (the "Trustee") of the above-captioned bankruptcy estates; due and adequate notice having been given to all parties entitled thereto and in compliance with the applicable Federal Rules of Bankruptcy Procedure; the Court having found that the Trustee's Final Report constitutes a core proceeding;

IT IS HEREBY ORDERED THAT:

1. The Trustee's Final Report is approved.

2. The Trustee is hereby authorized and allowed to make the distributions set forth in the Trustee's Final Report.

Enter:

Honorable John H. Squires
United States Bankruptcy Judge

Dated: DEC 22 2011

**Prepared by counsel of Movant:**

/s/ Paul J. Catanese
One of the Attorneys for the Trustee

Paul J. Catanese (ARDC #0629230)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

Rev: 20101008_bko