### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **JII LIQUIDATING, INC. f/k/a** | ) | **Case No. 05-25909** |
| **JERNBERG INDUSTRIES, INC.; JSI** | ) | **(Jointly Administered)** |
| **LIQUIDATING, INC. f/k/a JERNBERG** | ) | |
| **SALES, INC; and** | ) | **Judge Jacqueline P. Cox** |
| **IM LIQUIDATING, LLC f/k/a IRON** | ) | |
| **MOUNTAIN INDUSTRIES, LLC,** | ) | **Hearing Date: December 20, 2012** |
| | ) | **Hearing Time: 9:30 a.m.** |
| **Debtors.** | ) | |

## NOTICE OF SUPPLEMENTAL FINAL FEE APPLICATION

To:    See Attached Service List

On November 29, 2012, McGuireWoods, LLP ("McGuireWoods") filed the

Supplemental Final Application (the "Application") of McGuireWoods LLP for Allowance of

Compensation And Reimbursement of Expenses As Counsel For the Trustee. McGuireWoods

seeks $18,727.50 in final compensation and $587.97 in final expense reimbursement.

Copies of the Application and all supporting documentation are available for review upon

written request to Paul J. Catanese, McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100,

Chicago, IL 60601, facsimile: (312) 920-3697, and electronic mail:

pcatanese@mcguirewoods.com, or, with a valid password, through the PACER system on the

website for the United States Bankruptcy Court for the Northern District of Illinois (Eastern

Division) (the "Bankruptcy Court") at www.ilnb.uscourts.gov.

A hearing (the "Hearing") will be held on the Application on December 20, 2012, at the

hour of 9:30 a.m. before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge (or

any judge who may be sitting in her stead) in Courtroom 680 of the Bankruptcy Court located at

219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before December 20, 2012, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on December 20, 2012, at 9:30 a.m.

If you do not object, the Court may grant the relief requested.

Dated: November 29, 2012

By     /s/ *Paul J. Catanese*
   *One of the Attorneys for*
   *Richard J. Mason, Trustee*

Richard J. Mason (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 750-3536

43766340_2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused copies of the **Notice of the Supplemental Final Application of McGuireWoods LLP, Counsel to the Trustee, for Allowance of Compensation and Reimbursement of Expenses**, to be served upon those parties on the attached Service List via United States mail, proper postage affixed thereto this 29th day of November 2012.  The entire motion, along with all exhibits, is being served upon all individuals whose e-mail addresses are registered with the ECF filing system.


_____/s/ Paul J. Catanese_____

## SERVICE LIST

Thomas V. Askounis, Esq.
Askounis & Darcy
401 N. Michigan Ave.,
Suite 550
Chicago, IL 60601
FAX: 312/784-2410
taskounis@askborst.com

Associate Area Counsel SB SE
Internal Revenue Service
200 W. Adams Street,
Suite 2300
Chicago, IL 60605-9244
FAX: 312-368-8710

Carson Fischer PLC
Joseph M. Fischer
4111 Andover Road West Bldg.
2nd Floor
Bloomfield Hills, MI 48302
PHONE: 248-644-4840
FAX: 248-644-1832
jfischer@carsonfischer.com

Edmond M. Burke
Joshua S. Hyman
Chuhak & Tecson PC
30 South Wacker Drive,
Suite 2600
Chicago, IL 60606
FAX: 312-444-9027
eburke@chuhak.com
jhyman@chuhak.com

A. Jeffrey Zappone
CM&D Management
Services LLC
303 West Madison, Suite 1600
Chicago, IL 60606
FAX: 312-220-0101
jzappone@c-m-d.com

Joel A. Stein
Deutsch, Levy & Engel,
Chartered
225 W. Washington Street,
Suite 1700
Chicago, IL 60606
FAX: 312-346-1859
joelastein@dlec.com

Andrew J. Olejnik
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456
312/222-9350
FAX: 312/527-0484
aolejnik@jenner.com

Michael C. Hammer, Esq.
Dickinson Wright PLLC
301 E. Liberty Street, Suite 500
Ann Arbor, MI 48104
FAX: 734-623-1625
mhammer@dickinsonwright.com

Dawn R. Copley Esq.
Dickinson Wright PLLC
500 Woodward Avenue,
Suite 4000
Detroit, MI 48226
FAX: 313-223-3598
dcopley@dickinsonwright.com

DLA Piper Rudnick
David N. Missner
Marc I. Fenton
203 North LaSalle Street,
Suite 1900
Chicago, IL 60601
PHONE: 312-368-7082
FAX: 312-236-7516
marc.fenton@dlapiper.com
david.missner@dlapiper.com

Barbara L. Yong
Field & Golan LLP
70 West Madison Street,
Suite 1500
Chicago, IL 60602
FAX: 312-263-0939
blyong@fieldgolan.com

Michael D. Lee
Robert J. Trizna
Schuyler Roche & Zwirner
One Prudential Plaza
130 E. Randolph Drive,
Suite 3800
Chicago, IL 60601
FAX: 312-565-8300
mlee@srzlaw.com
rtrizna@srzlaw.com

Robert B. Weiss
Aaron M. Silver
Honigman Miller Schwartz &
Cohn
2290 First National Building
Detroit, MI 48225
FAX: 313-465-7597
rweiss@honigman.com
asilver@honigman.com

Illinois Department of Revenue
Attn Collections Div
101 W Jefferson
PO Box 19035
Springfield, IL 62794-9035
PHONE: 217-782-3336
FAX: 217-782-4217

Internet Decatur Foundry
c/o Internet Corporation
Gregory Wahowiak
301 Commerce Street, Suite
2901
Fort Worth, TX 76102-4140
PHONE: 817-348-9190
FAX: 866-833-3583

Jerry Switzer
Polsinelli Shughart PC
161 N. Clark Street
Suite 4200
Chicago, IL 60601
PHONE: 312/923-2974
FAX: 312-873-2926
jswitzer@polsinelli.com

43766340_2

Ilana N. Glazier
Jones Day
77 West Wacker Drive,
35th Floor
Chicago, IL 60601
FAX: 312-782-8585
jglazier@jonesday.com

Heather Lennox
Ryan T. Routh
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
FAX: 216-579-0212
hlennox@jonesday.com
rrouth@jonesday.com

Matthew Olins
John P. Sieger
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
FAX: 312-902-1061
matthew.olins@kattenlaw.com
john.sieger@kattenlaw.com

James S. Carr, Esq.
Edward Leen
Kelley Drye Warren LLP
101 Park Avenue
New York, NY 10178
FAX: 212-808-7897
jcarr@kelleydrye.com
eleen@kelleydrye.com

Kurtzman Carson
Consultants LLC
Jason Jay Scott
2335 Alaska Ave.
El Segundo, CA 90245-4808
PHONE: 310-823-9000
FAX: 310-751-1549
jscott@kccllc.com

LaSalle Bank NA
John M. Schuessler
135 S. LaSalle Street,
Suite 2140
Chicago, IL 60603
PHONE: 312-904-8618
FAX: 312-904-8169
john.schuessler@abnamro.com

Mac Steel
624 Black Satchel Road
Charlotte, NC 28216-3458
PHONE: 800-876-7833
FAX: 517-782-8736

Gary D. Santella
Rein Krammer
Masuda Funai Eifert &
Mitchell, Ltd.
203 N. LaSalle Street,
Suite 2500
Chicago, IL 60601-1262
PHONE: 312-245-7500
FAX: 312-245-7467
gsantella@masudafunai.com

Republic Engineered Products
George E. Strickler
2633 Eighth Street
Canton, OH 44704-2311
PHONE: 800-232-7157 x3283
FAX: 330-670-7002

Shaw Gussis Fishman LLC
Steven B. Towbin
321 N. Clark Street, Suite 800
Chicago, IL 60601
PHONE: 312-276-1333
FAX: 312-980-3888
stowbin@shawgussis.com
mradtke@shawgussis.com

Andrew J. Abrams
Sugar Friedberg
30 North Lasalle Street,
Suite 3000
Chicago, IL 60602
PHONE: 312-704-9400
FAX: 312-372-7951
aabrams@sff-law.com

Paula K. Jacobi, Esq.
Barnes & Thornburg LLP
1 North Wacker Drive,
Suite 4400
Chicago, IL 60606
312 214 4866
Fax : 312 759-5646
pjacobi@btlaw.com

United States Attorney Office
Patrick J. Fitzgerald
219 S. Dearborn Street, 5th Flr
Chicago, IL 60604
PHONE: 312-353-5300
FAX: 312-353-2067

United States Trustee
Kathryn M. Gleason
219 South Dearborn Street,
Room 873
Chicago, IL 60604
PHONE: 312-886-5785
FAX: 312-886-5794
kathryn.m.gleason@usdoj.gov

Wildman Harrold
Scott A. Semenek
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
PHONE: 312-201-2162
FAX: 312-201-2555
semenek@wildmanharrold.com

Mark Thomas
Proskauer Rose
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60601
FAX: 312/962-3551
mthomas@proskauer.com

Wisconsin Steel & Tube Corp
Michael F. Poehlmann
1555 N. Mayfair Rd.
Milwaukee, WI 53226
PHONE: 414-453-4441
FAX: 414-453-0789

Michael A. Cox, Attorney
Heather M. Durian,
Asst. Attorney General
State of Michigan
Department of Treasury
P.O. Box 30754
Lansing, MI 48909
PHONE: 517-373-3203
FAX: (517) 373-3042

Scott N. Opincar
McDonald Hopkins Co., LPA
600 Superior Avenue, E. Suite
2100
Cleveland, OH 44114
FAX: 216-348-5474

sopincar@mcdonaldhopkins.com
Mitchell L. Marinello
Joseph S. Nacca
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
FAX: 312-419-6928
mlm@novackandmacey.com
jnacca@novackandmacey.com

William McCarron, Jr.
Office of Chief Counsel
Pension Benefit Guaranty
Corporation
1200 K. Street NW
Washington, DC 20005
FAX: 202-326-4112
Mccarron.william@pbgc.gov

Martin B. Tucker
Frost Brown Todd LLC
250 W. Main Street, Suite 2700
Lexington, KY 40507-1749
FAX: 859-231-0011

Eugene J. Geekie, Jr.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
FAX: 312-258-5700
egeekie@schiffhardin.com

Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, IL 60601-3242
FAX: 312/261-2256

Alexander D. Kerr Jr.
Bruce Wald
Tishler & Wald Ltd.
200 South Wacker Drive,
Suite 3000
Chicago, IL 60606
FAX: 312-876-3816
akerr@tishlerandwald.com
bwald@tishlerandwald.com

R. Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
FAX: 312-977-4405
rsalsterda@uhlaw.com

David R. Jury
Assistant General Counsel
United Steel Workers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
FAX: 412-562-2574
djury@steelworkers-usw.org

Richard Bendix
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
FAX: 866-698-0830

Gregory J. Jordan
Apostol, Kowal & Jordan, Ltd.
222 S. Riverside Plaza,
Suite #1550
Chicago, IL 60606
(312) 854-7180 (Telephone)
(312) 276-9285 (Facsimile)

Shawn M. Christianson
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
FAX: 415-227-0770
schristianson@buchalter.com

David C. Bargamian
Leo J. Gibson
Barris Scott & Driker PLLC
211 W. Fort St., 15th Floor
Detroit, MI 48226
FAX: 313-965-2493

Richard C. Jones
Jones & Jacobs
77 W. Washington
Chicago, IL 60601
FAX: 312/419-9114

Tennessee Department of
Revenue
c/o TN Attorney General's
Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
FAX: 615-741-3334

Lauren N. Nachinson, Esq.
Quarles & Brady LLP
300 N. LaSalle Street,
Suite 4000
Chicago, IL 60661
FAX: 312-632-1783
lauren.nachinson@quarles.com

Republic Engineered Products
Attn: Janet Hartline
2633 Eighth Street
Canton, OH 44704-2311
FAX: 330-670-7029

Fuji Machine America Corp.
Attn: Mary Ann Fleischmann
171 N. Corporate Woods Pkwy.
Vernon Hills, IL 60061
FAX: 847-821-7815

Mac Steel
555 State Road
Bensalem, PA 19020
FAX: 215/245-3360

Kay Manufacturing Co.
Attn: Steve Pelke
602 State Street
Calumet, IL 60409
FAX: 708-862-8122

Intermet Decatur Foundry
Attn: Jeff Cochran
5366 Paysphere Circle
Chicago, IL 60674
FAX: 217-425-6662

The Timken Company
Attn: Mike Szum
75 Remittance Drive., Ste. 1073
Chicago, IL 60675
FAX: 330-471-4388

Tunnell Consulting
Attn: Raymond L. Manganelli
900 E. Eighth Ave., Ste. 106
King of Prussia, PA 19406
FAX: 610-337-1884

Doall Chicago
Attn: K. Morrill
4436 Paysphere Circle
Chicago, IL 60674
FAX: 847-824-4340

Wisconsin Steel & Tube
Attn: Tom Herrmann
1555 North Mayfair Road
P. O. Box 25365
Milwaukee, WI 53226
FAX: 414-453-0789

Finkl & Sons, Inc.
Attn: Mike Pelicani
2011 North Southport
Chicago, IL 60614
FAX: 773-348-5347

Zurich American Ins. Co.
Attn: Scott Humphrey
1400 American Lane
Tower 2, 9th Floor
Schaumburg, IL 60196
FAX: 847-240-8050

Welding Alloys USA, Inc.
Attn: Dominic Steckay
8535 Dixie Highway
Florence, KY 41042
FAX: 859-525-9094

Mitsubishi Material USA
Attn: Yuki
P. O. Box 51377
Los Angeles, CA 90051-3777
FAX: 800-643-4909

AML Industries
Attn: T. Kratzner
P. O. Box 4110
Warren, OH 44482
FAX: 330-399-5005

Motion Industries
Attn: M. Eckhoff
P. O. Box 98412
Chicago, IL 60693
FAX: 312-850-4085

Labor Temps
Attn: Steve Swerdloff
5620 Cermak Road
Cicero, IL 60804
FAX: 708-652-8283

CBRE (CB Richard Ellis)
Attn: Deborah Reed
20 N. Martingale Rd., Suite 100
Schaumburg, IL 60173
FAX: 847-517-4384

Sentry Insurance
Attn: Ken Erler, Associate
Counsel
1800 Northpoint Drive
Stevens Point, WI 55481-1253
FAX: 715-346-7028

Howell Welding Corp.
Attn: Janet
1071 Waveland Avenue
Franklin Park, IL 60131
FAX: 630-616-1102

Pat Mooney, Inc.
Attn: P. Thornton
502 S. Westgate Street
Addison, IL 60101-4525
FAX: 630-543-5584

Perkins Products
Attn: R. Perkins
7025 W. 66th Place
Bedford Park, IL 60638
FAX: 708-458-2057

Durmat, Inc.
Attn: William E. Thomas
11122 I-45 South, Ste. 1
Conroe, TX 77302
FAX: 936-539-2470

Ford Tool & Machining Co.
Attn: Tom Chustak
2205 Range Road
Rockford, IL 61111
FAX: 815-633-0380

Bohler Thyssen Welding
10401 Greenbough Dr.
Stafford, TX 77477
FAX: 281-499-4347

Aramark Uniform Services
Attn: Mike Straus
4200 South Halsted, Ste. 604
Chicago, IL 60609
FAX: 773-376-0680

Ervin Industries, Inc.
Attn: K. Monty
3893 Research Park Drive
Ann Arbor, MI 48108
FAX: 734-663-0136

Mid-America Propane Co.
Attn: Veril Elms
5050 North River Road
Schiller Park, IL 60176
FAX: 847-233-7129

McMaster-Carr Supply Co.
Attn: Darren Finke
600 County Line Road
Elmhurst, IL 60126
FAX: 630-834-9427

Michigan Welding
Attn: Larry Ulry
31125 Fraser Drive
Fraser, MI 48026
FAX: 586-294-2537

Thyssen
Attn: N. Adoba
P. O. Box 93614
Chicago, IL 60673
FAX: 630-682-3428

William D. Cherny
Kuhn Mitchell Moss Mork
 & Lechowicz LLC
P.O. Box 359
Naperville, IL 6056600359
FAX: 630-355-0458

Bruce J. Ruzinsky
Desiree' K. Killen
Jackson Walker LLP
1401 McKinneySt., #1900
Houston, TX 77010
FAX: 713-752-4221
bruzinsky@jw.com
dkillen@jw.com

Heather M. Forrest
Jackson Walker LLP
901 Main Street, #6000
Dallas, TX 75202
FAX: 214-953-5822
hforrest@jw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JII LIQUIDATING, INC. f/k/a JERNBERG** | ) | **Case No. 05-25909** |
| **INDUSTRIES, INC.; JSI LIQUIDATING, INC.** | ) | **(Jointly Administered)** |
| **f/k/a JERNBERG SALES, INC; and** | ) | |
| **IM LIQUIDATING, LLC f/k/a IRON** | ) | **Judge Jacqueline P. Cox** |
| **MOUNTAIN INDUSTRIES, LLC,** | ) | |
| | ) | **Hearing Date:  December 20, 2012** |
| **Debtors.** | ) | **Hearing Time:  9:30 a.m.** |

## COVER SHEET FOR SUPPLEMENTAL FINAL APPLICATION FOR PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP AS COUNSEL FOR THE TRUSTEE

Name of Applicant:                                    McGuireWoods LLP

Authorized to Provide Professional Services to:       Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                              October 7, 2005

Period for which Compensation is Sought:              December 19, 2011 through March 1, 2012

Amount of Fees Sought:                                $18,727.50

Amount of Expense Reimbursement Sought:               $587.97

This is a:             Interim Application  ___      Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| November 22, 2006 | October 7, 2005 – July 31, 2006 | $482,141.71 | $477,628.00 |
| August 13, 2007 | August 1, 2006 – March 31, 2007 | $409, 258.80 | $407, 558.80 |
| November 30, 2007 | April 1, 2007 – July 31, 2007 | $392,241.65 | $392,241.65 |
| July 31, 2008 | August 1, 2007 – February 29, 2008 | $463,996.59 | $461,233.59 |

| November 26, 2008 | March 1, 2008 – September 30, 2008 | $390,131.54 | $389,347.56 |
| May 29, 2009 | October 1, 2008 – February 28, 2009 | $224,592.83 | $220,635.83 |
| November 20, 2009 | March 1, 2009 – October 31, 2009 | $667,135.63 | $662,645.90 |
| April 30, 2010 | November 1, 2009 – March 31, 2010 | $126,109.50 | $124,899.50 |
| August 4, 2010 | April 1, 2010 – June 30, 2010 | $84,735.73 | $84,735.73 |
| November 23, 2010 | July 1, 2010 – October 31, 2010 | $186,452.55 | $186,452.55 |
| July 15, 2011 | November 1, 2011 – June 30, 2011 | $195,923.57 | 195,923.47 |
| November 22, 2012 | July 1, 2011 – closing of the case | $85,111.20 | $85,111.20 |
| **Total** | **October 7, 2005 – closing of the case** | **$3,707,831.30** | **$3,688,413.78** |

State the aggregate amount of fees and expenses paid to McGuireWoods to date for services rendered and expenses incurred herein is: **$3,688,413.78.**

Dated: November 29, 2012                McGuireWoods LLP

By: /s/ Paul J. Catanese_____
                                                One of its Attorneys

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #0629230)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

2

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **JII LIQUIDATING, INC. f/k/a JERNBERG** | ) | **Case No. 05-25909** |
| **INDUSTRIES, INC.; JSI LIQUIDATING, INC.** | ) | **(Jointly Administered)** |
| **f/k/a JERNBERG SALES, INC; and** | ) | |
| **IM LIQUIDATING, LLC f/k/a IRON** | ) | **Judge Jacqueline P. Cox** |
| **MOUNTAIN INDUSTRIES, LLC,** | ) | |
| | ) | **Hearing Date: December 20, 2012** |
| Debtors. | ) | **Hearing Time: 9:30 a.m.** |

### SUPPLEMENTAL FINAL APPLICATION OF MCGUIREWOODS LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL

McGuireWoods LLP ("McGuireWoods"), counsel for Richard J. Mason, not individually, but solely as the trustee ("Mason" or the "Trustee") in the above-captioned bankruptcy cases, submits this Supplemental Final Application (the "Application") of McGuireWoods for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee for Certain Services (the "Applicable Services") provided to the Trustee during the period from December 19, 2011, through March 1, 2012 (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of the supplemental final compensation (the "Compensation") in the amount of $18,727.50 and the final reimbursement of expenses (the "Expense Reimbursement") in the amount of $587.97 services provided and expenses incurred by McGuireWoods as counsel to the Trustee to be paid from funds held in the estate as more fully described below, and, in support thereof, respectfully states as follows:

### Summary

1.     As described in greater detail below, McGuireWoods seeks supplemental final awards of compensation and expense reimbursement for services provided to the Trustee in connection with efforts to make finals distributions to creditors and the closing of this complex

case.

2.      As a result of McGuireWoods efforts, the Trustee was able to collect approximately $8 million for distribution to creditors, pay all allowed chapter 7 and chapter 11 administrative expenses claims (including substantial expenses for the Pension Benefit Guarantee Corporation and post-bankruptcy workman's compensation insurance) and other pre-bankruptcy priority claims, and reduce aggregate unsecured claims by over $160 Million.  The benefit to these estates from McGuireWoods' efforts on behalf of the Trustee was substantial and resulted in a distribution of approximately 15% to general unsecured creditors in a case that originally appeared to be administratively insolvent.  In addition, McGuireWoods assisted the Trustee in terminating or transferring substantial defined benefit and defined distribution plans of the Debtor's employees (of which there were several hundred) so that the employees could receive retirement distributions approaching $24 Million.

### Jurisdiction and Venue

3.      This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

4.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

5.      Venue for these cases and this Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

6.      On June 29, 2005 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

7.      The principal operation of the Debtors was owned by JII Liquidating, Inc., f/k/a

43766340_2

Jernberg Industries, Inc. ("Jernberg Industries"). A significant smaller operation was owned by IM Liquidating, LLC, f/k/a Iron Mountain Industries, LLC ("Iron Mountain"). The third debtor, JSI Liquidating, Inc., f/k/a Jernberg Sales, Inc. ("Jernberg Sales"), served as a sales conduit for Jernberg Industries and Iron Mountain.

8.      On the Petition Date, the Debtors filed a motion [Docket No. 27] seeking approval of bidding procedures in connection with the proposed sale (the "Sale") of substantially all of their operating assets to Hephaestus Holdings, Inc. ("New Jernberg") pursuant to an Asset Purchase Agreement (as thereafter amended, the "APA").

9.      On August 24, 2005, the Court entered an order authorizing and approving the Sale to New Jernberg (the "Sale Order") [Docket No. 421].

10.      On September 26, 2005, the Court entered an order converting these cases to cases under chapter 7 of the Bankruptcy Code as of 12:01 A.M. on October 10, 2005 (the "Conversion Date") [Docket No. 529]. Mason was appointed the Trustee shortly thereafter.

11.      On October 27, 2005, the Court entered an order authorizing the Trustee to retain McGuireWoods as counsel to the Trustee nunc pro tunc to October 7, 2005 (the "Retention Date") [Docket No. 585].

12.      On December 14, 2006, the Court entered an Order [Docket No. 806] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $459,708.00 and reimbursement of expenses of $17,920.00 for services provided to the Trustee during the ten-month period from October 7, 2005, through July 31, 2006.

13.      On August 30, 2007, the Court entered an Order [Docket No. 954] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $398,089.50 and reimbursement of expenses of $9,469.30 for services provided to the Trustee during the eight-

3

month period from August 1, 2007, through March 31, 2007.

14.    On December 18, 2007, the Court entered an Order [Docket No. 1031] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $376,421.00 and reimbursement of expenses of $15,820.65 for services provided to the Trustee during the seven-month period from April 1, 2007, through July 31, 2007.

15.    On August 21, 2008, the Court entered an Order [Docket No. 1127] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $449,923.50 and reimbursement of expenses of $11,310.09 for services provided to the Trustee during the seven-month period from August 1, 2007, through February 29, 2008.

16.    On December 18, 2008, the Court entered an Order [Docket No. 1155] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $377,809.50 and reimbursement of expenses of $11,538.06 for services provided to the Trustee during the seven month period from March 1, 2008, through September 30, 2008.

17.    On June 18, 2009, the Court entered an Order [Docket No. 1181] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $213,765.00 and reimbursement of expenses of $6,870.83 for services provided to the Trustee during the five month period from October 1, 2009 through February 28, 2009.

18.    On December 11, 2009, the Court entered an Order [Docket No. 1204] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $630,557.50 and reimbursement of expenses of $32,088.40 for services provided to the Trustee during the five month period from March 1, 2009 through October 31, 2009.

19.    On May 20, 2010, the Court entered an Order [Docket No. 1219] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $121,748.50 and

4

reimbursement of expenses of $3,151.00 for services provided to the Trustee during the five month period from November 1, 2009, through March 31, 2010.

20.    On August 26, 2010, the Court entered an Order [Docket No. 1240] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $83,182.00 and reimbursement of expenses of $1,553.73 for services provided to the Trustee during the three month period from April 1, 2010, through June 30, 2010.

21.    On December 16, 2010, the Court entered an Order [Docket No. 1256] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $181,677.00 and reimbursement of expenses of $4,775.55 for services provided to the Trustee during the four month period from July 1, 2010 through October 31, 2010.

22.    On August 9, 2011, the Court entered an Order [Docket No. 1329] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $191,517.40 and reimbursement of expenses of $4,406.07 for services provided to the Trustee during the eight month period from November 1, 2010 through June 30, 2011.

23.    On November 22, 2011, the McGuireWoods filed the Final Fee Application of McGuireWoods for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee ("Final Fee Application") [Docket No. 1353].  The Final Fee Application sought, among other things, payment of final compensation in the amount of $82,384.50 and final expense reimbursement in the amount of $2,726.70.

24.    On December 22, 2011, the Court entered an Order [Docket No. 1368] approving and authorizing the Trustee to disburse to McGuireWoods compensation of $82,384.50 and reimbursement of expenses of $2,726.70 for services provided to the Trustee from July 1, 2011 through the December 15, 2011.

43766340_2

25.    The order entered by the Court on December 22, 2011, also deemed all previously awarded interim compensation and expense reimbursement to be deemed final. Accordingly, the Court has awarded McGuireWoods a total of $3,566,783.40 in compensation and $121,630.38 in reimbursement of expenses on a final basis since the Retention Date for services provided to the Trustee.

26.    At the time of the presentation of the Final Fee Application, McGuireWoods could not determine the amount of additional work that would have to be performed to facilitate distributions to creditors and the closing of the case and Judge Squires was reluctant to award future compensation on an estimated basis. Thus, McGuireWoods did not receive compensation for its services subsequent to December 16, 2011.

### Closing of Case

27.    On November 22, 2011, the Trustee filed his Trustee's Final Report [Docket No. 1355].

28.    On December 22, 2011 the Court entered an Order approving the Trustee's Final Report and authorizing and allowing the Trustee to pay outstanding chapter 7 administrative expenses (including the Trustee's professionals), paying in full creditors holding priority claims, including substantial claims of the Pension Benefit Guarantee Corporation, and paying a dividend of approximately 15% to general unsecured creditors.

29.    The Trustee has distributed almost the entire amount of the funds on hand to the appropriate creditors and the Trustee was successful, with the assistance of McGuireWoods, to pay nearly every creditor with an allowed general unsecured claim its respective distribution from the Estate. Of the millions available for distribution to unsecured creditors, only $4,571.52

6

remained for distribution to creditors whom the Trustee could not locate ("Unclaimed Funds").[1]

30.    On August 22, 2012, after final distributions were made, the Trustee received correspondence from in-house counsel for General Electric Capital Corporation ("GECC") stating the GECC had recently discovered that prior to the Petition Date, the Debtors had made certain overpayments to GECC with respect to certain equipment leases.[2] The Trustee was unaware of, and could not have discovered, these pre-petition overpayments. GECC stated that it determined that the prepetition overpayments totaled $16,041.10 and should be turned over to the Trustee ("GECC Funds"). On or about November 5, GECC turned over the GECC Funds to the Trustee. The Trustee currently holds the GECC Funds in the Estate's bank account.

### Relief Requested

31.    Through this Application, McGuireWoods seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code approving and authorizing payment of the Compensation in the amount of $18,727.50 on a final basis and the Expense Reimbursement in the amount of $587.97 on a final basis incurred representing the Trustee during the Compensation Period with payment to come exclusively from the GECC Funds. A detailed abstract containing specific summaries of all of the services provided by McGuireWoods, including all fees charged and all expenses incurred, is attached hereto as Exhibit A.

*McGuireWoods' Services to the Trustee During the Current Compensation Period*

32.    During the Compensation Period, the McGuireWoods activities have been principally focused on: (i) conferring with creditors regarding distributions; (ii) facilitating the

---

[1]    The Trustee will file a Report of Deposit of Unclaimed Funds to the Clerk of Court and deposit the Unclaimed Funds with the Clerk of the Court.

[2]    General Electric is a client of McGuireWoods. The Trustee does not do any work on behalf of General Electric or GEEC and the turnover of the GECC funds did not involve any dispute between the Trustee and GECC.

43766340_2

extensive distribution to creditors prior to the end of 2011; (iii) attending to correspondence from parties regarding the Trustee's Final Report; and (iv) appearing before the Court and presenting the Trustee's motions to pay compensation to professionals and approval of the Trustee's Final Report.

33.    The normal hourly rates charged by the principals, associates, and paraprofessionals of McGuireWoods for the period covered by this application are as follows:

| Name | Title | Specialty | Total Hours | Rate ($/hour) | Total Value |
|---|---|---|---|---|---|
| Richard J. Mason | Partner | Bankruptcy | 4.0 | $695 | $2,780.00 |
| | | | 5.5 | $675 | $3,712.50 |
| Paul J. Catanese | Associate | Bankruptcy | 4.7 | $400 | $1,880.00 |
| | | | 22.9 | $350 | $8,015.00 |
| Kimberly McFarland | Paralegal | Bankruptcy | 10.4 | $225 | $2,340.00 |
| Total | | | 47.5 | | $18,727.50 |

34.    The blended rate of attorneys and paraprofessionals representing the Trustee for the above-described services is approximately $390.00.

## Use of GECC Funds for Compensation and Expenses Associated with the Closing of the Case

35.    As set forth above, subsequent to the Court allowance of Applicant's Final Fee Application, McGuireWoods expended 47.5 hours of time and advanced $587.97 in expenses with respect to matters connected with distributions to creditors and the closing of these cases, for which it has not received payment. The Trustee seeks authority to pay McGuireWoods compensation and expense reimbursement from the GECC Funds for several reasons.[3]  First, §§

---

[3] The Trustee may be required to pay certain bank fees associated with the deposit of the GEEC Funds.  Should the Court award McGuireWoods the entire amount of Compensation and Expenses Reimbursement sought, the Trustee

43766340_2

507 and 726 of the Code requires that compensation and expense reimbursement be paid prior to distributions to unsecured creditors. Second, a pro-rata distribution of the GECC Funds to creditors on account of allowed general unsecured claims (which total more than $17.1 million) would result in a distribution of less than .01%. Thus, a distribution of the GECC Funds to general unsecured creditors, notwithstanding the priorities set forth in § 726, would be impractical. Further, in connection with the Final Fee Application, McGuireWoods sought $5,250.00 (estimated at fifteen hours at Mr. Catanese's standard hourly rate of $350) in compensation to account for certain anticipated time to be expended in connection with the closing of the case but not yet incurred at the time of filing Final Fee Application. McGuireWoods took a deliberately conservative approach of estimating its future fees, and, indeed expended more than fifteen hours in connection with the last stages of the case prior even to the hearing on the Final Fee Application and the Trustee's Final Report. *See* Docket No. 1362 (reflecting time detail for services provided from November 9, 2011 through December 15, 2011).[4] Finally, should the Court decline to award McGuireWoods the Compensation and Expense Reimbursement sought in this Application, the Trustee will likely be forced to abandon the GECC funds under § 554 to avoid having to file 2012 federal and state income tax returns. Thus, McGuireWoods believes that the payment of compensation and expense reimbursement from the GECC Funds is appropriate.

## Nature of Services Performed by McGuireWoods

36.    All services performed by McGuireWoods for which Compensation is being

---

seeks to pay the entire amount of the GECC Funds to satisfy the allowed Compensation and Expense Reimbursement, less any bank fees.

[4]    Further, Mr. Mason, when requesting his final compensation as Trustee, requested approximately $13,000 less than the formula under 11 U.S.C. § 326. *See* Final Application of Richard J. Mason, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses at ¶¶ 25 – 26 [Docket No. 1354].

43766340_2

sought during the Compensation Period were performed for and on behalf of the Trustee.

37.    This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

38.    None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to any sharing arrangement between McGuireWoods and any third party.

| Nature of Services | Approximate Hours | Approximate Value |
|---|---|---|
| 0002- Creditors and Claims | 47.5 | $18,727.50 |
| **Total** | **47.5** | **$18,727.50** |

39.    In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the complexity of this case and the relevant adversary proceedings; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

40.    For the Compensation Period, McGuireWoods provided a wide variety of legal services to the Trustee. The services McGuireWoods performed during the Compensation Period are categorized and described in detail in the itemized statement attached hereto and made a part hereof as Exhibit A. The following chart is a brief overview of the services provided by McGuireWoods for which it seeks Compensation and includes the approximate hours expended and the approximate value of those services.

10

41.    A general summary of the services provided by McGuireWoods to the Trustee during the Compensation Period, includes:

(a)    <u>Creditors and Claims</u>:    During the Compensation Period, McGuireWoods (i) assisted the Trustee with distributions to creditors; (ii) address various communications from creditors regarding distributions; and (iii) appeared before the Court regarding the Trustee's Final Report and applications for compensation. **Total Fees: $18,727.50.**

42.    McGuireWoods has generally divided projects among the attorneys representing the Trustee in these cases and has attempted to avoid any duplication of attorney time spent on each project.

## Computation of Compensation

43.    The services performed by McGuireWoods during the Compensation Period required a total time expenditure of 47.5 hours on the part of the principals, associates and paraprofessional of McGuireWoods. The services for which McGuireWoods is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which McGuireWoods is seeking compensation, the time spent on such services and the cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $18,727.50

## Expenses

44.    In addition, McGuireWoods incurred certain reasonable and necessary expenses during its representation of the Trustee in the amount of $530.13. A detailed breakdown of these expenses is contained in Exhibit A. The expenses relate to charges for: (i) in-house copy charges; (ii) postage; and (iii) messenger and Federal Express charges. A summary of these

reasonable and necessary expenses is provided below:

(a)    <u>In-House Copying ($75.80)</u>:  McGuireWoods bills $0.10 per page

for all regular internal copies.  Such charges are reasonable and customary in the legal

industry, representing costs of copy materials, outside services, acquisition, maintenance,

storage and operation of copy machines, and maintaining the copy center.

(b)    <u>Postage ($188.32)</u>:  McGuireWoods seeks reimbursement of actual

postage expenses incurred in sending correspondence, notices, pleadings and other

documents to appropriate parties in this case.

(c)    <u>Messenger and Federal Express Charges ($266.01)</u>: McGuireWoods

seeks reimbursement of $5.50 in messenger charges and $260.51 in Federal Express

charges.

<u>Notice</u>

45.    Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before

any action on this Application.  McGuireWoods has mailed a copy of the Notice of this

Application to (i) the creditors on the consolidated list of the thirty largest creditors of the

Debtors, (ii) the United States Trustee, and (iii) those parties who have requested receipt of

pleadings in these cases pursuant to Federal Rule of Bankruptcy Procedure 2002.  A copy of the

notice mailed to the parties set forth above is attached hereto as Exhibit B. Trustee requests that

the Court determine that such notice is adequate and appropriate under the circumstances.

Additionally, a complete copy of this application with all supporting exhibits has been served

electronically on all parties receiving electronic notices from the Court pursuant to the Court's

electronic filing system (a/k/a ECF).  McGuireWoods will make copies of this Application and

all supporting documentation available to any party in interest that submits a written request to

12

43766340_2

Paul J. Catanese via regular mail at McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601; via facsimile at (312) 920-3697; or via electronic mail at pcatanese@mcguirewoods.com.

WHEREFORE, McGuireWoods prays this Court enter an order (i) allowing McGuireWoods' final compensation of $18,727.50 as payment for legal fees and professional services; (ii) allowing final reimbursement of expenses to McGuireWoods in the amount of $587.97; (iii) authorizing the Trustee to pay these final fees and expenses from the GECC Funds (less any bank fees which may be incurred by the Trustee); provide however such payment shall not exceed the total of the allowed compensation and expense reimbursement; (iv) approving the form and manner of notice provided to creditors and other parties in interest; and (v) granting such further relief as the Court deems just and appropriate.

November 28, 2012                    By:

                                     /s/ Paul J. Catanese_____
                                     One of the Attorneys for the Trustee


Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #0629230)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

13

43766340_2